# EXHIBIT A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974

ENTER CHARGE NUMBER

☐ FEPA  09031331

☐ EEOC  17CA300666

### Delaware Department of Labor  and EEOC
(State, or local Agency, If any)

| NAME (Indicate Mr., Mrs., Ms) Mr. Sidi M. CHerkaoui | HOME TELEPHONE NO. (Include Area Code) 302 832-9309 |
|---|---|

| STREET ADDRESS 923 Rue Madora | CITY, STATE AND ZIP CODE Bear  DE 19701  NCC | COUNTY |
|---|---|---|

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below.)

| NAME Household Retail Services | NO. OF EMPLOYEES OR MEMBERS 1100 | TELEPHONE NUMBER (Incl. Area Code) (302) 658-2200 |
|---|---|---|

| STREET ADDRESS 90 christiana Road, | CITY, STATE AND ZIP CODE New Castle, DE 19720 | |
|---|---|---|

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|

| STREET ADDRESS | CITY, STATE AND ZIP CODE | |
|---|---|---|

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN  ☐ AGE

☐ RETALIATION  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST  3/2003
LATEST  9/8/2003
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s):

I began my employment with Respondent on April 10, 1989. Currently, Im am in the position of Unit Manager. I am an individual of Moroccan descent who was denied payment and recognition for a program that was my creation and submitted to Respondent in April of 2000. This idea was a plan for customers to make automatic payments, rather than speaking to an employee. This way, checks can be paid at any time, on any date. In May of 2000, I reviewed the final draft with Jeff Kucharski, Mike Coates, and Pete Wilson (all management, all American). The progam was approved, but it was not until March of 2002, that the idea was implemented. In April, 2002, I discovered that the program was financially lucrative. On June 20, 2002, the program was changed from "WIN" to "Great Ideas," meaning that any compensation I was owed was dramatically reduced from 10% - 25% to 5% - 10%. In April, 2003, I submitted my idea again, showing 12 months of profit. On June 11, 2003, Respondent Employee Idea Coordinator Jennifer Fell (American) informed me that the idea that submitted "was coincidental" that the idea that I submitted "mirrored an SPR submitted by the Customer Service Department." Respondent also stated that other business units had this type of system in place "in the 90's," and that therefore, my idea was not an original idea since it was out in the business units prior, and that no award would be warranted.

I believe that, in violation of Title VII of the Civil Rights Act of 1964, as Amended, and Title 19 of the Delaware Code, Chapter 7, as Amended, I was discriminated against based on my national origin when Respondent did not award me any type of financial consideration for an idea that I suggested and was in fact implemented in March of 2002. However, other employees not of my national origin, received payment for the ideas that they submitted which were implemented by Respondent. I was informed by Wilson that Respondent would compensate me on a "small scale" that I would be paid for my idea, and Respondent had been using my submission since March of 2002.

| ☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SIGNATURE OF COMPLAINANT |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

| I declare under penalty of perjury that the foregoing is true and correct. | NOTARY - (When necessary to meet State and Local Requirements) |
|---|---|
| 9-8-03 | |
| Date | Subscribed and sworn to before me this date  (Day, month, and year) |
| Charging Party (Signature) | |

EEOC FORM 5
REV 6/92

PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED

# EXHIBIT B

EEOC Form 161 (3/98)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

# DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To:  Sidi M. Cherkaoui<br>601 Lockhaven Court<br>Newark, DE 19702 | From:  Philadelphia District Office<br>21 South 5th Street<br>Suite 400<br>Philadelphia, PA 19106 |

|   | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR § 1601.7(a)) | |
|---|---|---|
| EEOC Charge No. | EEOC Representative | Telephone No. |
| 17C-2003-00666 | State & Local Unit | (215) 440-2600 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ]  Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ]  While reasonable efforts were made to locate you, we were not able to do so.

[ ]  You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ]  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_Marie M. Tomasso_                                                  January 3, 2005

Enclosure(s)                    **Marie M. Tomasso,**<br>**Director**                    (Date Mailed)

cc:  **HOUSEHOLD RETAIL SERVICES**
  **Attn: John V. Noel, Sr.**
  **90 Christiana Road**
  **New Castle, DE 19720**





## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Philadelphia District Office
The Bourse, Suite 400
21 South Fifth Street
Philadelphia, PA  19106-2515

FAX NUMBER:
(215) 440-2847

# FAX – FAX – FAX

**TO:** ~~Packie Hervey~~
Jerry Honger

**FROM:** CHARLES F. BROWN
STATE & LOCAL PROGRAMS COORDINATOR

**PHONE:** (215) 440 - 2842

**DATE:** _____    No. of Pages _____
(EXCLUDING cover page)

**SUBJECT:** _____

**COMMENTS:** _____
_____
_____

If you do not receive all pages or there are problems with the transmission, please call the sender immediately or call (215) 440-2838.