AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of __Delaware__

SIDI M. CHERKAOUI,
      Plaintiff,
    V.

HSBC PAY SERVICES, INC., a Delaware corporation,
HSBC FINANCE CORPORATION, a Delaware corporation, and HOUSEHOLD INTERNATIONAL, INC., a Delaware corporation,
      Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 - 184

TO: (Name and address of Defendant)

    Household International, Inc.
    The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, Delaware 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeremy W. Homer, Esquire
PARKOWSKI, GUERKE & SWAYZE, P.A.
116 West Water Street
P.O. Box 598
Dover, DE 19903

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                       MAR 24 2005

CLERK                                         DATE

_Evette Watson_ (signature)
(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>March 30, 2005 at 1:30 PM |
| NAME OF SERVER *(PRINT)*<br>William Golt | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on Household International Inc., was effectuated by personally serving Brian Penrod, Managing Agent duly authorized to accept service. Service was made at Corporation Trust Company, 1209 Orange St., Wilmington, DE 19801.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $20.00 | TOTAL $20.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 31, 2005
            Date

*Signature of Server*

DELAWARE ATTORNEY SERVICES
2000 Pennsylvania Avenue, Suite 207
Wilmington, DE 19806  (302) 429-0657
*Address of Server*

Also Served:
Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

SIDI M. CHERKAOUI,
      Plaintiff,
      V.

**SUMMONS IN A CIVIL CASE**

HSBC PAY SERVICES, INC., a Delaware corporation,
HSBC FINANCE CORPORATION, a Delaware corporation, and HOUSEHOLD INTERNATIONAL, INC., a Delaware corporation,
      Defendants.

CASE NUMBER: 05 - 184

TO: (Name and address of Defendant)

    HSBC Finance Corporation
    The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, Delaware 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeremy W. Homer, Esquire
PARKOWSKI, GUERKE & SWAYZE, P.A.
116 West Water Street
P.O. Box 598
Dover, DE  19903

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO              MAR 2 4 2005

CLERK             DATE

_Evette Watson_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>March 30, 2005 at 1:30 PM |
| NAME OF SERVER (PRINT)<br>William Golt | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on HSBC Finance Corporation was effectuated by personally serving Brian Penrod, Managing Agent duly authorized to accept service. Service was made at Corporation Trust Company, 1209 Orange St., Wilmington, DE 19801.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $20.00 | TOTAL $20.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 31, 2005
                        Date

Signature of Server

DELAWARE ATTORNEY SERVICES
2000 Pennsylvania Avenue, Suite 207
Wilmington, DE 19806  (302) 429-0657
*Address of Server*

Also Served:
Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____  District of  _____Delaware_____

SIDI M. CHERKAOUI,
   Plaintiff,
  V.

HSBC PAY SERVICES, INC., a Delaware corporation,
HSBC FINANCE CORPORATION, a Delaware
corporation, and HOUSEHOLD INTERNATIONAL,
INC., a Delaware corporation,
   Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    0 5 - 1 8 4

TO: (Name and address of Defendant)

  HSBC Pay Services, Inc.
  The Corporation Trust Company
  Corporation Trust Center
  1209 Orange Street
  Wilmington, Delaware 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

  Jeremy W. Homer, Esquire
  PARKOWSKI, GUERKE & SWAYZE, P.A.
  116 West Water Street
  P.O. Box 598
  Dover, DE  19903

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO          MAR 2 4 2005
_____   _____
CLERK                       DATE

_Evette Walser_
(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>March 30, 2005 at 1:30 PM |
| NAME OF SERVER (PRINT)<br>William Golt | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on HSBC Pay Services, Inc., was effectuated by personally serving Brian Penrod, Managing Agent duly authorized to accept service. Service was made at Corporation Trust Company, 1209 Orange St., Wilmington, DE 19801.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES  $20.00 | TOTAL  $20.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 31, 2005
                    Date

Signature of Server
DELAWARE ATTORNEY SERVICES
2000 Pennsylvania Avenue, Suite 207
Wilmington, DE 19806   (302) 429-0657
Address of Server

Also Served:
Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.