IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIDI CHERKAOUI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 05-CV-184-KAJ |
| | ) |
| HSBC PAY SERVICES, INC., a | ) JURY TRIAL DEMANDED |
| Delaware corporation, HSBC FINANCE | ) |
| CORPORATION, a Delaware | ) |
| corporation, and HOUSEHOLD | ) |
| INTERNATIONAL, INC, a Delaware | ) |
| corporation, | ) |
| | ) |
| Defendants | ) |

## STIPULATION AND ORDER

The parties to this proceeding, by and through their undersigned counsel, hereby stipulate and agree that the time within which defendants HSBC Pay Services, Inc., HSBC Finance Corporation, and Household International Inc., may answer, move or otherwise respond to the Complaint is hereby extended to and including May 11, 2005.

| | |
|---|---|
| /s/ Jeremy W. Homer | /s/ Jennifer C. Jauffret |
| Jeremy W. Homer (#413) | Jennifer C. Jauffret (#3689) |
| jhomer@pgslegal.com | jauffret@rlf.com |
| Parkowski & Guerke, P.A. | Alyssa M. Schwartz (#4351) |
| 116 West Water Street | schwartz@rlf.com |
| P.O. Box 598 | Richards, Layton & Finger |
| Dover, DE 19903 | One Rodney Square |
| (302) 678-3262 | P.O. Box 551 |
| | Wilmington, DE 19899 |
| Attorney for Plaintiff | (302) 651-7700 |
| | Attorneys for Defendants |

SO ORDERED this _____ day of _____, 2005.

_____
Judge

RLF1-2862972-1