IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIDI CHERKAOUI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 05-CV-184-KAJ |
| | ) |
| HSBC PAY SERVICES, INC., a | ) JURY TRIAL DEMANDED |
| Delaware corporation, HSBC FINANCE | ) |
| CORPORATION, a Delaware | ) |
| corporation, and HOUSEHOLD | ) |
| INTERNATIONAL, INC, a Delaware | ) |
| corporation, | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of Alyssa M. Schwartz and the firm of Richards, Layton & Finger in the above-captioned action as counsel to defendants HSBC Pay Services, Inc., HSBC Finance Corporation and Household International, Inc.

_____
Jennifer C. Jauffret (#3689)
jauffret@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Attorneys for Defendants
HSBC Pay Services, Inc., HSBC Finance
Corporation and Household International, Inc.

Dated: May 11, 2005

RLF1-2873729-1

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following and which has also been served as noted:

### VIA FACSIMILE

Jeremy W. Homer, Esq.
Parkowski & Guerke, P.A.
116 West Water Street
P.O. Box 598
Dover, DE 19903

_____
Alyssa M. Schwartz (#4351)
schwartz@rlf.com

RLF1-2873343-1