IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIDI CHERKAOUI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v ) | C A No : 05-CV-184-KAJ |
| ) | |
| HSBC PAY SERVICES, INC., a ) | JURY TRIAL DEMANDED |
| Delaware corporation, HSBC FINANCE ) | |
| CORPORATION, a Delaware ) | |
| corporation, and HOUSEHOLD ) | |
| INTERNATIONAL, INC. a Delaware ) | |
| corporation, ) | |
| ) | |
| Defendants ) | |

### 7.1(a) DISCLOSURE STATEMENT

Pursuant to Rule 7 1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for defendants HSBC Pay Services, Inc , HSBC Finance Corporation and Household International, Inc disclose that HSBC Pay Services, Inc is a wholly owned subsidiary of HSBC Finance Corporation (f/k/a Household International, Inc ) which is a wholly owned subsidiary of HSBC Holdings plc, a United Kingdom corporation HSBC Holdings shares are traded in the United States as American Depository Shares on the New York Stock Exchange

/s/ Jennifer C. Jauffret
Jennifer C Jauffret (#3689)
Alyssa M Schwartz (#4351)
Richards Layton & Finger
One Rodney Square
Post Office Box 551
Wilmington, Delaware 19899
jauffret@rlf com
schwartz@rlf com
Telephone: (302) 651-7700

Attorneys for Defendants
HSBC Pay Services, Inc , HSBC Finance
Corporation, and Household International, Inc

Dated: May 11, 2005

RLF1-2871501-1

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### VIA FACSIMILE

Jeremy W. Homer, Esq.
Parkowski & Guerke, P.A.
116 West Water Street
P.O. Box 598
Dover, DE 19903

_____
Alyssa M. Schwartz (#4351)
schwartz@rlf.com