IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIDI CHERKAOUI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v ) | C.A. No : 05-CV-184-KAJ |
| ) | |
| HSBC PAY SERVICES, INC., a ) | JURY TRIAL DEMANDED |
| Delaware corporation, HSBC FINANCE ) | |
| CORPORATION, a Delaware ) | |
| corporation, and HOUSEHOLD ) | |
| INTERNATIONAL, INC a Delaware ) | |
| corporation, ) | |
| ) | |
| Defendants ) | |

## HSBC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendants HSBC Pay Services, Inc., HSBC Finance Corporation and Household International, Inc (collectively, "HSBC"), through their undersigned counsel, move the Court to dismiss plaintiff Sidi Cherkaoui's ("Plaintiff") Complaint for failure to state a claim upon which relief can be granted and untimeliness regarding Plaintiff's Title VII claim and for lack of pendant jurisdiction over the subject matter of Plaintiff's remaining state law claims

In support thereof, HSBC submits herewith its Opening Brief in Support of Its Motion to Dismiss Plaintiff's Complaint  For all of the reasons set forth in the accompanying Opening Brief, HSBC respectfully requests that this Court dismiss the Complaint, with prejudice and in its entirety, in HSBC's favor and against Plaintiff, by entering the attached Order.

Dated: May 11, 2005

/s/ *signature*
Jennifer C. Jauffret (#3689)
Alyssa M. Schwartz (#4351)
Richards Layton & Finger
One Rodney Square
Post Office Box 551
Wilmington, Delaware 19899
jauffret@rlf.com
schwartz@rlf.com
Telephone: (302) 651-7700

Attorneys for Defendants
HSBC Pay Services, Inc., HSBC Finance
Corporation and Household International,
Inc.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIDI CHERKAOUI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 05-CV-184-KAJ |
| | ) |
| HSBC PAY SERVICES, INC., a | ) JURY TRIAL DEMANDED |
| Delaware corporation, HSBC FINANCE | ) |
| CORPORATION, a Delaware | ) |
| corporation, and HOUSEHOLD | ) |
| INTERNATIONAL, INC. a Delaware | ) |
| corporation, | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

The Court, having considered defendants HSBC Pay Services, Inc., HSBC Finance Corporation and Household International, Inc.'s Motion to Dismiss ("Motion"), and all briefing and argument thereon, and good cause having been shown for the relief sought in the Motion

IT IS HEREBY ORDERED this ____ day of _____, 2005 that the Motion is GRANTED and that the above-captioned action is dismissed with prejudice

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following and which has also been served as noted:

## VIA FACSIMILE

Jeremy W. Homer, Esq.
Parkowski & Guerke, P.A.
116 West Water Street
P. O. Box 598
Dover, DE 19903

_____
Alyssa M. Schwartz (#4351)
schwartz@rlf.com