# EXHIBIT A



STATE OF DELAWARE
DEPARTMENT OF LABOR
DIVISION OF INDUSTRIAL AFFAIRS
4425 NORTH MARKET STREET
WILMINGTON, DELAWARE 19802

TELEPHONE (302) 761-8200
FAX (302) 761-6601

*Winner, Delaware Quality Award of Merit*

July 30, 2004

Household Retail Services
90 Christiana Road
New Castle, DE 19720
Attn: John V. Noel, Sr.

RE:    Cherkaoui v. Household Retail Services
       Case No. 03091331/17CA300666
       Notice of Dismissal

Dear Mr. Noel:

The Department of Labor has dismissed the above-referenced Charge of Discrimination filed under state law. Enclosed please find a copy of the Notice of Dismissal.

☐    *To Charging Party only: Since the Charge of Discrimination was also filed under federal law, which is enforced by the Equal Employment Opportunity Commission (EEOC), you have the right to request the EEOC to review this action.* **To secure a review, you must request the review in writing, within 15 days of your receipt of this letter.** *The request should be sent to the Equal Employment Opportunity Commission, The Bourse-Suite 400, 21 S. Fifth Street, Philadelphia, PA 19106-2515. Otherwise, the EEOC will generally adopt our finding in the case. You will be notified of EEOC's decision when they have concluded their action on this matter.*

Thank you for your cooperation in this matter.

Sincerely,

*Julie Cutler /nym*

Julie K. Cutler, Supervisor
Office of Labor Law Enforcement

JKC/nym

Enclosure: Notice of Dismissal

| Post-it® Fax Note | 7671 | Date 9 – 10 | # of pages ▶ 3 |
|---|---|---|---|
| To Mary Bilbrey | | From John | |
| Co./Dept. | | Co | |
| Phone # | | Phone # | |
| Fax # | | Fax # | |



STATE OF DELAWARE
DEPARTMENT OF LABOR
DIVISION OF INDUSTRIAL AFFAIRS
4425 NORTH MARKET STREET
WILMINGTON, DELAWARE 19802

TELEPHONE (302) 761-8200
FAX (302) 761-6601

*Winner, Delaware Quality Award of Merit*
NOTICE OF DISMISSAL

RE:  Cherkaoui v. Household Retail Services          State Case No.: 03091331

On September 8, 2003, Mr. Sidi M. Cherkaoui filed a charge of discrimination against Household Retail Services. The Charge of Discrimination is hereby incorporated by reference. No Cause Finding:
On July 30, 2004, the Department of Labor concluded its investigation and now finds, based on the following facts, that there is no reasonable cause to believe that a violation of the State Discrimination Act has occurred.

I.      Undisputed Facts:
        1. At the time Charging Party filed his complaint he was employed by Respondent and had been employed by Respondent since April 10, 1989.

II.     Disputed Facts:
        1. Charging Party alleges that Respondent failed to recognize and correctly compensate him for concepts he submitted for process improvement which were eventually adopted by Respondent and provided a profit.
        2. Charging Party alleges that Respondent provided recognition and compensation to other individuals not of Moroccan decent for their ideas but failed to do so in his case due to his heritage.

III.    Resolution of Material Facts in Dispute:
        1. Charging Party's complaint is untimely in that he discovered the alleged acts of discrimination in March /April 2002, and in order for an employment discrimination complaint to be considered timely under the applicable laws, he would have needed to file his complaint within ninety days for a state complaint from the alleged date of harm and a maximum of three hundred days for a federal complaint.
        2. Respondent provided sufficient evidence to demonstrate that at least three other individuals submitted almost identical concepts for process improvement prior to Charging Party's submission in April/May 2000.

IV.     Resolution:
        Charging Party was unable to provide substantive evidence to support his allegations of employment discrimination based upon national origin.  Respondent provided a legitimate non-discriminatory reason for its actions and supported its position with substantive evidence.

Page Two
Cherkaoui v. Household Retail Services
State Case No.: 03091331

The Charge of Discrimination, State Case No. 03091331 is hereby Dismissed pursuant to 19 *Del.
C.* Section 712(b). There is no statutory right of appeal of the Department's No Cause
Dismissal. Since this decision ends the administrative process, you may have a right of judicial
review under default principles of law in the Court of Chancery. See Holland v. Zarif, 794 A. 2d
1254 (Ch. Ct. 2002).

7/22/04
DATE

TRINA R. D. WHEEDLETON
LABOR LAW ENFORCEMENT OFFICER

7/30/04
DATE

JULIE CUTLER
LABOR LAW ENFORCEMENT SUPERVISOR

# EXHIBIT B

```
From: HRS92U  --HFCVM01                  Date and time    03/08/02 09:27:44
To: HRS9C7  --HFCVM01  Hinson, Thomas L
cc: HRS92U  --HFCVM01  Cherkaoui, Sidi M
```

From: Sidi M Cherkaoui ; SMCHERKA
Subject: FORM - WIN (Winning Ideas Now) Suggestion

This WIN Suggestion Form has been sent to you for evaluation.  You can access
the WIN Evaluation Form by typing FORM WINEVAL at the command line.

Make note of the IDEA NUMBER located on the suggestion form - you will need
the number for the evaluation form.
<<<============================ T O P   O F   F O R M ====================>>>>

                      WIN (Winning Ideas Now) Suggestion

        **** FORWARD THIS FORM TO YOUR MANAGER FOR EVALUATION ****

Legal Name. . . Sidi_____  M  Cherkaoui_____        Idea No.: 4C22BC24SS2U
                (First)    (M) (Last)

SSN/SIN . . . . 043 - 76 - 5227    Country of employment  U  (U=U.S.,C=Canada)
Business Unit . RS
Location. . . . New Castle, DE_____
Office Phone. . 302 - 327 - 2826  x 2826
Additional suggestors? (Y/N)  N
   Names: _____    SSN/SIN  ___ - __ - ____
          _____             ___ - __ - ____

             Use clear, concise, detailed descriptions.
                   Do not use abbreviations.

        HELPFUL HINTS - Ideas that tend to be adopted are:
        * Non Frivolous
        * Well Thought Out
        * Documented (Problem & Solution)
        * And Linked to Business Strategies (e.g. Customer Cent__    ..th,
          Efficiency, Credit Quality, People & Ownership)

The Way it is now:  Our customers used to tie up our lines by calling our
Collections Department, set up a check by phone whether the account is
current or delinquent. Direct contact between a collector and a customer is
sometimes conducive to one of them making an error, thus resulting in higher
talk time. Also when customers call to make a payment by phone, they have a
penchant to ask extra questions since they are speaking to a person and not a

Here's my idea:
My idea is to set up a VRU Check By Phone to better help serve our customers,
365 days a year._____
                                                         _____

Advantage of my idea:  The VRU Check By Phone is available 7/24. It encourages
our customers to pay by phone without talking to our collectors,without worry
ing about a collector making a mistake,and definitely pay any time of the
year. This idea will help our collectors tackle more serious issues than just
taking a payment by phone, thus allowing us to penetrate other files.The VRU
Direct Check report shows we made $40,680 from 3/1/02 - 3/7/02._____

I have additional data supporting my recommendation (Y/N)  N

        **** FORWARD THIS FORM TO YOUR MANAGER FOR EVALUATION ****
<<<============================ E N D   O F   F O R M ====================>>>>

# EXHIBIT C

isted below is Household International's WIN Ideas Agreement.  With the actual
ubmission of your idea, you are agreeing to the following guidelines:

    ∕e read the rules of this program as stated in the WIN PROGRAM OVERVIEW
nℒ agree to be bound by the program guidelines.  I hereby assign all my
ights to my idea to Household International in accordance with the rules of
he employee suggestion system.  I understand Household International has
ole, exclusive right to determine the amount of the award.  I acknowledge
hat all ideas submitted become the exclusive property of Household
nternational.  I also agree that Household International can amend the
ystem at any time and has the right to determine all policies regarding
ligibility of participants and ideas.

WIN -- Winning Ideas Now

PROGRAM OVERVIEW

DESCRIPTION:

WIN is Household's decentralized employee suggestion program that recog-
nizes employees for their valuable ideas.

SUGGESTION CRITERIA:

All suggestions should point out both a problem and a solution.

Suggestions should be well-planned and developed in enough detail to
make them easily understood.

Implementation of suggestions must be possible using current technology
and business needs.

ELIGIBILITY:

All active Household employees are eligible to participate.

SUGGESTION SUBMISSION:

Use the WIN Suggestion Form which can be found in HouseMail's bulletin
board feature (usually F8).  Select "COMPlete Reward," scroll down to
"WIN/Idea Corps."  When the menu appears, type "/" in front of
"Suggestion Form."

After completing the form, forward it to your supervisor.  It is recom-
mended that a copy be sent to the supervisor's manager.

SUGGESTION EVALUATION PROCEDURE:

Suggestions will be acknowledged, and if possible evaluated by supervisor
or manager within 72 hours of when they were received.

If the idea has merit but needs more development, the supervisor or
manager will return it to the suggester and advise what additional
information is needed and how that information may be obtained.

If the idea has merit but is beyond the scope of the supervisor's or
manager's authority, the supervisor immediately forwards the idea to the head
of the impacted department or business unit, and requests that the evaluator
review/respond within 14 days. The manager should follow-up with the evaluator
to secure a response for the employee. Ideas should not be sent to the WINIDEAS
lbox.

The evaluator should reply to the employee and his/her manager using
FORM WINEVAL within 14 days of receipt of idea.

The idea will be implemented by the evaluator or the person responsible for the process.

If an idea can be shared with or would primarily benefit other business units, the evaluator will send it directly to other areas of the company, or to the WIN Administrator who can assist in forwarding the idea.

If adopted, the suggester will be recognized as described in the "Recognition" section below.


RECOGNITION:

As a decentralized program, managers have the discretion to determine how best to recommend and award ideas keeping the WIN guidelines in mind.  Ideas that are directly connected or associated with the employee's job responsibility will be awarded on a case by case basis.  The evaluating manager has the authority to award outside the suggested program guidelines. The WIN program administrator may suggest an alternative award percentage, but ultimately the manager has the overriding approval.

1) Does the idea fall under an employee's daily job responsibility? (If yes - level 1 or 2 apply)
2) Is the idea above/beyond an employee's daily job function? (if yes - level 2 or 3 apply based on the idea's value/impact)
3) Ideas with a significant impact generally merit the recognition of 10%-25% of validated savings or revenue.

Level 1 - Minor impact. (Minor is defined as an idea valued at or under $500)
Award: Merchandise from WIN's Merchandise Award program.

Level 2 - Broader impact or ideas used throughout a business unit.
(Broader is defined as an idea valued at or over $500)
Award: Either cash or merchandise.

Level 3 -- Large impact or corporate-wide use.
Award: Determined on a case by case basis according to value of the idea to the corporation. (WIN guidelines suggest 10%-25% of ideas savings/revenue)

Keeping in line with Household's overall compensation philosophy, cash awards exceeding $100 will have all applicable taxes and contributions (e.g. United Way, TRIP, Medical, Life Insurance, Child Care, and Social Security) withheld from the award amount.  Household will gross up all taxes for cash awards $100 and under.  All awards will be taxed at a Federal Tax Rate of 28% plus applicable State and Local Taxes.

On a quarterly basis, the corporate WIN Administrator will ask managers to nominate employees deserving special recognition. Nominations will be forwarded to Household's Chairman for additional recognition in the form of merchandise or Household International stock. Note: for stock awards, nominations can only be considered if the initial award was 10-25% of idea's first-year value. This is especially true for level-3 ideas.


GENERAL INFORMATION

Employees may submit as many suggestions as they wish.  There is no limit to the number of awards that can be received.

Any ideas submitted through the WIN program become the absolute and exclusive property of Household International.

.  sehold International reserves the right to withdraw or change the system and to vary the procedure for handling suggestions at any time.

The fact that a suggestion shows a savings or profit does not obligate the company in any way to adopt the suggestion.

All decisions made by the company under the system including those regarding eligibility, adoption, rejection or award are final and binding upon the suggester.

Program Administrator: Jennifer Fell - 847/559-2591

Revision date 06/12/02

EMPLOYEE QUESTIONS AND ANSWERS:

WIN stands for Winning Ideas Now. It's Household's decentralized employee suggestion program to recognize employees for their valuable ideas and ownership attitudes. It's also the channel for putting those ideas into practice. Here's some information to help you in submitting ideas.

Q.  Who can participate in WIN?
A.  All Household employees are invited to submit ideas.

Q.  What kind of ideas are right for WIN?
A.  When you're tempted to say "Why don't we," or "This doesn't make sense," chances are, you have the right kind of idea. Your idea should meet a current business need and use existing technology to cut costs, save time, eliminate unnecessary steps or improve workflow, etc. In the past, ideas relating to systems, processes, new products, new markets, underwriting and customer service have been implemented through WIN.

Q.  How do I submit an idea?
A.  Use the suggestion form found in the HouseMail bulletin board feature. From the main HouseMail menu, type "Board COMPlete" at the command prompt. Select "WIN--Winning Ideas Now Program/PRESIDEA" by typing a  "/" in front of it and hitting ENTER. At the next menu, select "WIN (Winning Ideas Now Program)." Select the suggestion form. Read the agreement then press "F4" to move to the suggestion form. After you've completed the form, forward it to your supervisor. Copy your supervisor's manager too. In many cases, your supervisor will be able to implement your idea immediately. If your idea needs additional research, your supervisor will advise you on where to look for more information.

Q.  What constitutes a well-developed idea?
A.  A well-developed idea is:
    * non frivolous
    * well thought out
    * research, research, research
    * documented (problem & solution)
    * and linked to business strategies (i.e. growth, customer centered,
      efficiency, people, credit quality and ownership).

Q.  How will I know if my idea is accepted?
A.  Your supervisor will notify you either in person or through a HouseMail reply message attached to your idea. If your manager sends your idea to someone else for review, that person will keep you posted on the status of your suggestion. Response times vary depending on a variety of factors. However, developing your idea thoroughly may make it easier for your manager to get back to you quickly.

Q.  What reward will I get if my idea is used?
A.  Each business unit or major location will determine the awards. There are three basic categories. 1)Suggestions that have local or minor impact, or that are part of your job responsibilities will be recognized with merchandise from WIN's Merchandise Award program. 2)Ideas with a broader impact or those that can be used throughout a business unit will receive cash or merchandise valued from $50 to $500. 3)Large impact or corporate-wide ideas will receive awards that are determined on a case-by-case basis. Business units will determine appropriate recognition based on the value of the idea to the corporation.

Q.  Do I have to pay taxes on my cash awards?
A.  Yes, in some cases.-HR Data Management will gross up awards $100 and under and the business unit will be responsible for the gross up.  Awards exceeding $100 will be subject to all taxes and contributions (e.g. Social Security, T⁻⁻P, Medical, Life Insurance, Child Care, and United Way) normally a  ributed to the individual employee, and these will not be grossed up.

Q.  How many ideas have actually been put into practice through WIN?
A.  Over 2,600 ideas were submitted in 2000 and 235 were implemented. These ideas saved the company a combined total of close to $1.5 million. To increase the chance of getting your idea put into practice, think it through completely and express the details clearly. Describe how the solution will work and explain what you think its impact will be.

Q.  Who can I contact if I have an issue regarding my idea, or if I need additional help?
A.  Talk to your manager if you need help developing your idea. If your idea involves another department, your manager will find the right person to contact.

revision date 04/05/02

# EXHIBIT D

### Great Ideas Agreement

I have read the rules of this program as stated in the Great Ideas
PROGRAM OVERVIEW and agree to be bound by the program guidelines. I
hereby assign all my rights to my idea to Household in accordance with the
rules of the employee suggestion program. I acknowledge that all ideas
submitted become the exclusive property of Household. I understand
Household has the sole, exclusive right to determine the amount of the award,
and all decisions are final. I also agree that Household can amend the program
at any time and has the right to determine all policies regarding eligibility of
participants and ideas

Great Ideas Program Overview

Program Effective Date: June 21, 2002 (12:01am)

**Description**
Great Ideas is Household's new centralized employee suggestion program
that recognizes employees for their valuable ideas. It replaces the
former WINning Ideas Now and Presidea programs, that were discontinued as
of midnight on June 20, 2002.

**Suggestion Criteria**
All suggestions should point out both a problem and a solution.

Suggestions should be well formulated and developed in enough detail to make
them easily understood. Suggestions should also point out the savings
or revenues generated by the implementation of the idea.

Implementation of suggestions must be possible using current technology and
consistent with Household's business strategy (i.e., profitable growth,
customer-centered, efficiency, people, credit quality and ownership)

**Eligibility**
All regular (full-time and part-time working 20 hours or more)
Household employees in good standing can participate in Great Ideas.
Employees on leave of absence or on corrective action are not eligible to
submit ideas. Employees must be active and in good standing at the time their
ideas are adopted to be eligible for awards.

**Submitting a Suggestion**
Use the Great Ideas Suggestion Form. After all required fields are completed,
the form will automatically be sent to the employee idea coordinator in
Household's employee communications department.

A copy of the idea should also be forwarded to your manager as an FYI.

**Evaluation Procedure**
The employee idea coordinator will acknowledge receipt of the idea and
forward it to the proper key manager/subject matter expert (SME) for review.

If the idea has merit but needs more development, the employee
idea coordinator will return it to the employee and advise what
additional information is needed and how that information may be obtained

The SME will have two weeks to evaluate the idea and provide a
response (accept, decline, pend) to the employee idea coordinator. The
employee idea coordinator will then advise the employee of the decision.

If an idea seems promising but cannot be immediately adopted (e.g., must
be validated through testing or prioritized among several systems projects), the
SME should notify the employee idea coordinator that the idea is pending and
when a determination is expected. The employee idea coordinator will relay
that status report to the employee. The SME is responsible for keeping the
employee idea coordinator updated on the status of pending ideas. Ideas that
cannot be adopted within a year of submission using existing technology will be
declined.

If the idea is adopted, in consultation with the employee idea coordinator,the
SME/impacted manager will determine the amount of the award and the
cost center to be charged based on the guidelines listed in the
"Recognition" section below. The employee idea coordinator will then advise
the employee. Awards will be processed upon implementation.

Adopted ideas will be implemented by the manager responsible for
the process

Recognition

The impacted manager/business unit will fund the award for adopted ideas, based on estimated first-year savings, and determine the amount of the award in consultation with the employee idea coordinator. Such consultation is required to ensure that ideas of equal value and merit are rewarded in a similar fashion across business units and departments. When determining awards, due consideration should be given to Household's pay-for-performance philosophy and internal equity.

Ideas that are directly connected or associated with the employee's job responsibility will be reviewed and awarded on a case-by-case basis, with the adopting manager and employee idea coordinator taking into consideration such things as:

- the band, job title, scope and authority of the employee who submitted the idea;
- whether the idea speaks to a job-function explicitly mentioned in the employee's job description, PMW or MBO form;
- the degree to which a bonus-eligible employee would receive an equivalent reward through that incentive program;
- the amount of independent work and research the employee undertook to develop and validate the idea ahead of submission; and
- whether cost-savings/revenues generated can be quantified in hard or soft dollars/pounds.

The program's intent is for Great Ideas to be rewarded appropriately, recognizing that some of the best and biggest ideas historically have come from employees who see opportunities to improve the productivity and effectiveness of their own departments. Managers are urged to keep Household's pay-for-performance philosophy in mind, so as to encourage all employees to go above and beyond, think outside of the box and continue to look for ways to improve our collective performance.

How Adopted Ideas Get Classified
Adopted ideas will be classified as tangible or intangible. A tangible idea may have an impact that can be easily quantified (e.g., money saved or revenue generated). Intangible ideas will tend to deliver an impact that is relatively more difficult to quantify (i.e., relating to compliance, regulations, employee morale, etc.).

Tangible Ideas

- When the first-year cost savings or revenues generated are valued at less than one thousand (1,000) dollars/pounds, the employee is eligible to be awarded with a fifty (50) dollar/pound American Express gift cheque.
- When the cost savings or revenues generated are valued at one thousand (1,000) dollars/pounds or more, the employee is eligible to be awarded 5 percent to 10 percent of the projected impact in the first year of implementation.
- When an idea is valued at more than fifty thousand (50,000) dollars/pounds, it must be validated and approved by the impacted business unit's chief financial officer (CFO).

Intangible Ideas
Employees who submit an adopted intangible idea are eligible to be awarded a fifty (50) dollar/pound American Express gift cheque or cash up to five thousand dollars/pounds. In consultation with the employee idea coordinator, the adopting manager determines the appropriate award amount, keeping Household's pay-for-performance philosophy and internal equity in mind.

Keeping in line with Household's overall compensation procedures, cash awards exceeding one hundred (100) dollars/pounds will have all applicable taxes and contributions (e.g. TRIP, Match and Save) withheld from the award amount. Household will gross up all taxes for cash awards of one hundred (100) dollars/pounds and under

On a quarterly basis, the employee idea coordinator will ask business unit liaisons to nominate employees whose ideas were adopted and deserving special recognition. Nominations will be forwarded to Household's Chairman and CEO for consideration for additional recognition.

Ideas that had an idea value of $25,000 or more are eligible for an additional cash award (calculated at 5% of the total idea value) and a special plaque.

Ideas that had an idea value of $5,000 up to $25,000 are eligible for the special plaque.

**General Information**
Employees may submit as many suggestions as they wish. There is no limit to the number of awards that can be received.

Any ideas submitted through the Great Ideas suggestion program become the absolute and exclusive property of Household International.

Household International reserves the right to withdraw or change the program and to vary the procedure for handling suggestions at any time.

The fact that a suggestion shows a savings or generates revenues does not obligate the company in any way to adopt the suggestion.

All decisions made by the company under the program, including those regarding eligibility, adoption, rejection or award, are final and binding upon the employee.

This program and awards thereunder shall not give any employee any right to continued employment and does not constitute a contract of employment. Management reserves the right to amend, suspend or terminate this program at any time.

For more information please contact Angela Miller, Employee Idea Coordinator at 847-559-2591 or email at axmiller1@household.com

Revision date: 01/16/04

Great Ideas Program Frequently Asked Questions

Q. What is "Great Ideas?"
A. Great Ideas is a new employee suggestion program that replaces WIN and Presidea effective June 21, 2002.

Q. Why are we creating a new employee suggestion program?
A. The numbers and quality of ideas submitted through WIN and Presidea have been declining. Feedback from employees and managers indicated that having two programs was confusing, and that decentralized administration had its drawbacks. One, centralized program should add clarity. A dedicated employee idea coordinator (EIC) will help coach employees to submit complete and well-researched ideas; track and follow up on ideas submitted; and work to ensure that award guidelines are applied correctly and consistently throughout Household

Q. Who is the employee idea coordinator (EIC)?
A. The EIC is a part-time Household employee dedicated to the administration of "Great Ideas." The EIC is part of the HI employee communications department at home office

Q. Is "Great Ideas" a company-wide program?
A. Yes. "Great Ideas" is open to all regular employees in good standing. Employees on leave of absence or corrective action are not eligible to submit ideas. Employees must be active and in good standing at the time their ideas are adopted to be eligible for awards.

Q. How do employees submit an idea or find more information about the program?
A. Use the Great Ideas suggestion form. After all required fields are completed, the form will automatically be sent to the employee idea coordinator in Household's employee communications department.

A copy of the idea should also be forwarded to your manager as an FYI. More information about the program can be found in the program overview document located on Connect.

Q. What happens to WIN ideas and Presideas submitted prior to the Great Ideas launch?
A. Ideas submitted at or prior to midnight (central time) on June 21, 2002, will be processed under WIN or Presidea guidelines, depending on which program the employee used

Q. How will ideas submitted to "Great Ideas" be evaluated?
A. Ideas will automatically be submitted to the EIC and employees should also send a copy to their manager. The EIC checks the idea for completeness and duplicate ideas. Pre-screened ideas will then be forwarded to the subject matter expert for evaluation, generally the key manager (Band D) who oversees the impacted department or business unit.

The EIC will track all ideas and maintain communication between all involved individuals. If the idea is approved, the EIC will assist the subject matter expert in rewarding the idea submitter according to the program guidelines. The EIC records and tracks all ideas and awards for reporting purposes.

Q. How will the EIC work with the different business units?
A. Each business unit has selected a liaison. These business unit liaisons will:

- Assist in identifying subject matter experts
- Assist with communication of approved ideas and award winners within the business unit
- Coordinate the business unit's quarterly award nominations

Q. What is the role of the subject matter expert?
A. The subject matter expert is a Household key manager who is expected to evaluate the idea to see if it is logical and viable. He or she may also

collaborate with other managers within the business unit or elsewhere
throughout the company as part of the evaluation process. If the idea is
approved, the subject matter expert determines the appropriate award,
pursuant to Household's pay-for-performance philosophy and Great Ideas
program guidelines. The subject matter expert communicates the award
proposal to the EIC and processes the award.

Q. Shouldn't employees come up with great ideas as part of their jobs
and not expect additional awards?
A. Household's pay-for-performance philosophy supports tangible award
programs for employees who develop and fully research ideas that further our
strategy and improve our processes. Just as we encourage employees to
maximize their performance through our various bonus and incentive
programs, we believe in rewarding employees according to their contribution
when they submit a viable, adoptable "Great Idea."

Q. How will "Great Ideas" be rewarded?
A. Awards are based on the projected savings or revenue generation for the
first year the idea is implemented. Ideas valued at up to 1,000 dollars/pounds
are awarded a 50 dollar/pound American Express gift cheque. Ideas valued
above 1,000 dollars/pounds are awarded 5 to 10 percent of the impact during
the first year.

Intangible ideas are awarded either a 50 dollar/pound gift cheque or cash up to
5,000 dollars/pounds. Intangible ideas are those ideas with merit for which a
valuation is difficult or impossible, such as those related to legal/compliance
issues, customer/employee satisfaction, customer/employee retention, credit
quality, quality assurance or branding.

Each quarter, business units liaisons will be asked to nominate employees
whose ideas were adopted for consideration for additional recognition by
Household's Chairman and CEO.

Q. What is the role of the business unit chief financial officers (CFOs)?
A. Business unit CFOs are required to validate the value of any ideas valued at
or above 50,000 dollars/pounds.

Q. Are award winners still eligible for CEO recognition?
A. Yes. Each quarter, the business unit liaisons will coordinate quarterly award
nominations. The EIC will recommend winners to Household's chairman and
CEO

Q. What is the typical timeframe from idea submission to award
notification?
A. In most cases, the idea process should take just a few weeks. Part of the
EIC's responsibilities are to track and follow up on the progress of the idea and
maintain communication with all parties. In some cases where an idea involves
significant testing or must be prioritized, the process may take longer. In these
instances, the employee will be kept informed as evaluation progresses.

Q. Will deductions be taken from my cash awards?
A. Yes, in some cases. Employees with ideas valued at less than 1,000
dollars/pounds will receive a 50 dollar/pound American Express gift
cheque.The awarding department or business unit will be responsible for
grossing up the award so that the employee will have no deductions. Cash
awards exceeding 100 dollars/pounds will have applicable taxes and benefit
deductions normally made, and these will not be grossed up.

# EXHIBIT E

GR8IDEAS

close this window

## Great ideas submission form

[ Close ][ Link ][ Submit ]

**Form Help**  Show: ↓  Hide: ↑

\* denotes required field.

**Submitted By:**      Sidi M. Cherkaoui on 04/18/2003 10:19:16 AM

**Status:**      [ Declined      ▼ ]

**Comments:**

**Edit
History:**
↓ ↑

**Legal Name:**

| | |
|---|---|
| **First Name** | Sidi |
| **Middle Name** | M |
| **Last Name** | Cherkaoui |
| **Idea No** | 015161851915 |
| **Title** | Unit Manager Collections |
| **Country of employment** | |
| **Band** | A |
| **EMPLID** | 33084503 |
| **Business Unit 1** | RS |
| **Hire date** | 19890410 |
| **Current Manager** | Thomas L. Hinson |
| **Cost Center** | 994190 |
| **Employee Department** | |
| \* **Location** | New Castle  DE |
| \* **Office Phone** | 3023272826    2826 |
| \* **Additional suggestors?** | ⊂ Y ⊙ N |
| **Names** | |

* **Key Customers Impacted by my idea: (Select all that apply)**    ☑ External Customer   ☐ Entire Company   ☑ Business Unit   ☐ Department

**Business Unit**

| Retail Services | ▾ |
|---|---|

**Department (If department has been selected above)**

| Select a value | |
|---|---|

* **Core Value(s) that is/are impacted by my idea: - Select all that apply.**    ☑ Growth   ☐ Efficiency   ☑ Customer Centered   ☐ Credit Quality   ☐ Ownership   ☐ People

* **Type of idea I am submitting**

| RG - Revenue Generating | ▾ |
|---|---|

CS=Cost Saving (i.e. process improvement)
RG=Revenue Generating (i.e. new product, marketing campaign, etc.)
IB=Intangible Benefit (difficult to quantify impact, i.e. compliance, regulatory, company branding, employee benefit/morale, etc.)

Use clear, concise, detailed descriptions.
Do not use abbreviations.

HELPFUL HINTS - Ideas that tend to be adopted are:
* Non Frivolous
* Well Thought Out
* Documented (Problem & Solution)
* And Linked to Business Strategies (e.g. Customer Centered, Growth, Efficiency, Credit Quality, People & Ownership)

| * **The Way it is now** | Customers had only one choice when paying by phone:speak to a collector to set up a check by phone. This was a big inconvenience as sometimes the collector gets disconnected, or the customer and/or the collector reads the check info wrong. Also, our customers couldn't call at any time they wanted and set up a check by phone. |
|---|---|
| * **Here's my idea** | My idea is to accommodate our customers 24/7,365 days a year thro the automated VRU Check by Phone. It's conducive to lucrative results: 1-It's a continuous way of generating revenue from our customers. 2-It makes more customers feel comfortable revealing their check info to the VRU rather than to a human being. 3-It also helps save on the Direct Check bonus since collectors are setting up fewer checks than in the past. 4-There are also fewer mistakes made. |
| * **Resources consulted in formulating my idea** | I learned of the VRU Direct Check idea from my mortgage company. I found it very convenient and |

> helpful in making my own payment, thus the
> thought of helping our customers and making
> their experience with our bank a pleasant one.

| | |
|---|---|
| * Resources I believe to be required to evaluate/execute my idea | I discussed my idea with Mr. jeff Kucharski in April 2000.He was very supportive of the idea and encouraged me submit a draft of the script.On 5/2/00, Mr. Kucharski invited me to meet with him, Mr. Michael R. Coates and Mr. Peter S. Wilson to discuss my script for final approval. I still have the e-mail in which Mr. Kucharski acknowledges that I am the originator suggestor of the VRU Direct Check idea. |
| * Anticipated timeframe for implementation of my idea | My VRU Direct Check idea was suggested in May of 2000 and was implemented in March of 2002.It has generated a goodly monthly revenue for our bank. |

Impact of my Idea

## Cost Savings Idea Impact Calculation:

| | |
|---|---|
| A. Time Saved (hours per month) | |
| B. Dollars Saved (per hour) ($) | |
| C. Number of People Impacted (month) | |
| A x B x C = Monthly Cost Savings ($) | 0 |

## Revenue Generating Idea Impact Calculation:

| | |
|---|---|
| A. Estimated profit per unit produced ($) | 867205.00 |
| B. Estimated (annual units) | 1 |
| A x B = Total Annual Revenue Generated $ | 867205.00 |

## Intangible Idea Impact Calculation:

(complete all that apply for Intangible Ideas submitted)

| | |
|---|---|
| - Number of employees and or customers that would benefit from Intangible Idea | |
| - Estimated cost of noncompliance situation (fees, fines, etc.) ($) | |
| - Other ($) | |
| Other (Please explain benefit) | My VRU Direct Check idea has generated this much: March 2002 : $293,570 |

```
April      2002 : $356,140
May        2002 : $405,900
June       2002 : $409,080
July       2002 : $470,360
August     2002 : $470,940
September  2002 : $788,700
October    2002 : $802,550
November   2002 : $779,390
December   2002 : $901,550
January    2003 : $989,740
February   2003 : $830,300
March      2003 : $910,830
12 month total 867,205   = $8,672,050.
```

* I have additional data          ⊙ Y  ○ N
  supporting my
  recommendation (Y/N)

# EXHIBIT F



**Jennifer L Fell**

06/11/2003 10:53 AM

To:       Sidi M. Cherkaoui/US/Household@HFN
cc:       Diane M. Becker/US/Household@HFN
Subject:  VRU DC Idea - #015161851915 - Response

Hello Sidi,

My apologies for the delay in receiving a response on this. Due to the history of this idea going back some time, I needed to give it thorough investigation time as well as speak in depth with the management involved.

Jeffrey Kucharski, Michael Coates, Peter Wilson and Alan Zugehar were involved with this investigation and the final decision on your submission from Mr. Wilson and Mr. Zugehar is the following:

It was coincidental that the idea you submitted mirrored an SPR submitted by the Customer Service Department. It was also their understanding that other Household business units...i.e. Credit Card Services had a VRU for CBP in place in the 90's. For these reasons, it is their contention that this was not an original idea submitted since it was out in the business units prior and therefore, an award is not warranted in this case.

I understand that you stated this was implemented back in March 2002 because of your idea, but through investigation, it was found that this was in fact not implemented as a direct, sole result of your idea which was the main determining factor in this decision.

Please rest assured that everyone involved worked diligently with me to ensure that the correct decision on this was made and that to my satisfaction, everything checked out.

If you have any questions, please feel free to contact me.

Thank you,

Jennifer Fell
Employee Idea Coordinator