IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIDI M. CHERKAOUI, | : |
| Plaintiff, | : C.A. No.: 05-CV-184-KAJ |
| v. | : TRIAL BY JURY OF |
| | : TWELVE DEMANDED |
| HSBC PAY SERVICES, INC. a Delaware corporation, HSBC FINANCE CORPORATION, a Delaware corporation, and HOUSEHOLD INTERNATIONAL, INC., a Delaware corporation, | : |
| Defendants. | : |

**STIPULATION AND ORDER**

The parties to this proceeding, by and through their undersigned counsel, hereby stipulate and agree that the time within which plaintiff may answer the Opening Brief In Support of HSBC's Motion to Dismiss is hereby extended from May 25, 2005, to and including June 1, 2005, and that the time within which defendants may file the reply brief is hereby extended to and including June 15, 2005.

| PARKOWSKI, GUERKE & SWAYZE, P.A. | RICHARDS, LAYTON & FINGER |
|---|---|
| By: _____ | By: /s/ Alyssa M. Schwartz, Esquire |
| Jeremy W. Homer, Esquire (#413) | Jennifer C. Jauffret, Esquire (#3689) |
| 116 W. Water Street | E-Mail: jauffret@rlf.com |
| P.O. Box 598 | Alyssa M. Schwartz, Esquire (#4351) |
| Dover, DE 19903 | E-Mail: schwartz@rlf.com |
| Phone: (302) 678-3262 | One Rodney Square |
| E-Mail: jhomer@pgsegal.com | P.O. Box 551 |
| Attorneys for Plaintiff | Wilmington, DE 19899 |
| | Phone: (302) 651-7700 |
| | Attorneys for Defendants |

SO ORDERED this _____ day of _____, 2005.

_____
Judge

h\cherakoui\stipulation for extension of time2