IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIDI M. CHERKAOUI, | : |
| Plaintiff, | : C.A. No.: 05-CV-184-KAJ |
| v. | : TRIAL BY JURY OF : TWELVE DEMANDED |
| HSBC PAY SERVICES, INC. a Delaware corporation, HSBC FINANCE CORPORATION, a Delaware corporation, and HOUSEHOLD INTERNATIONAL, INC., a Delaware corporation, | : |
| Defendants. | : |

## LIST OF EXHIBITS

Exhibit

- A  Charge of Discrimination
- B  WIN Documents our version underlined
- C  deCiutiis v. Nynex Corporation, 1996 WL 512150 (S.D.N.Y.)
- D  Cooley v. United States, 1997 WL 325846 (E.D. Pa.)
- E  Babiarz v. Bell Atlantic-Pennsylvania, Inc., 2001 WL 1808554 (Pa. Comm. Pl.)
- F  Decision No. 71-32, 1970 WL 3532 (EEOC)
- G  Rufo v. Metropolitan Life Insurance Co., 1997 WL 732859 (E.D. Pa.)
- H  Aiken v. Reilly, 1991 WL 126000 (D.D.C.)
- I  Raiszadeh v. Department of Veterans Affairs, 2001 WL 1580128 (Fed. Cir.)
- J  Pennick v. Brown, 2000 WL 419985 (E.D. Pa.)
- K  Dicks v. Information Technologist, Inc., 1996 WL 528890 (E.D. Pa.)
- L  Igwe v. E. I. duPont de Nemours & Co., Inc., 2005 WL 196577 (D.Del.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIDI M. CHERKAOUI, | : |
| Plaintiff, | : C.A. No.: 05-CV-184-KAJ |
| v. | : TRIAL BY JURY OF : TWELVE DEMANDED |
| HSBC PAY SERVICES, INC. a Delaware corporation, HSBC FINANCE CORPORATION, a Delaware corporation, and HOUSEHOLD INTERNATIONAL, INC., a Delaware corporation, | : |
| Defendants. | : |

## LIST OF EXHIBITS CONTINUED

Exhibit

M     Bell v. Waste Management, Inc., 2004 WL 2451416 (D.Del.)

N     Knott-Ellis v. Del. Dept. of Correction, 2001 WL 935621 (D.Del.)

O     Washington v. State of Delaware/Supreme Court of Delaware, 2003 WL 21697403 (D.Del.)

P     Plummer v. Tisch, 1989 WL 141388 (D.D.C.)

Q     Walden v. Watkins, 1996 WL 477020 (9th Cir.)

R     Whitfield v. Pathmark Stores, Inc., 1999 WL 222459 (D.Del.)

h\cherkaoui\exhibits-answering brief