# EXHIBIT A

# CHARGE OF DISCRIMINATION

ENTER CHARGE NUMBER
☐ FEPA 0903/331
☒ EEOC 17CA300666

This form is affected by the Privacy Act of 1974

**Delaware Department of Labor** and **EEOC**
(State, or local Agency, if any)

| | |
|---|---|
| **NAME** (Indicate Mr., Mrs., Ms) Mr. Sidi M. CHerkaoui | **HOME TELEPHONE NO.** (Include Area Code) 302 832-9309 |
| **STREET ADDRESS** 923 Rue Madora | **CITY, STATE AND ZIP CODE** Bear DE 19701   **COUNTY** NCC |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below.)

| | | |
|---|---|---|
| **NAME** Household Retail Services | **NO. OF EMPLOYEES OR MEMBERS** 1100 | **TELEPHONE NUMBER** (Incl. Area Code) (302) 658-2200 |
| **STREET ADDRESS** 90 christiana Road, | **CITY, STATE AND ZIP CODE** New Castle, DE 19720 | |
| **NAME** | | **TELEPHONE NUMBER** (Include Area Code) |
| **STREET ADDRESS** | **CITY, STATE AND ZIP CODE** | |

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN  ☐ AGE
☐ RETALIATION  ☐ DISABILITY  ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST 3/2003
LATEST 9/8/2003
☒ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attached extra sheet(s)):

I began my employment with Respondent on April 10, 1989. Currently, Im am in the position of Unit Manager. I am an individual of Moroccan descent who was denied payment and recognition for a program that was my creation and submitted to Respondent in April of 2000. This idea was a plan for customers to make automatic payments, rather than speaking to an employee. This way, checks can be paid at any time, on any date. In May of 2000, I reviewed the final draft with Jeff Kucharski, Mike Coates, and Pete Wilson (all management, all American). The progam was approved, but it was not until March of 2002, that the idea was implemented. In April, 2002, I discovered that the program was financially lucrative. On June 20, 2002, the program was changed from "WIN" to "Great Ideas," meaning that any compensation I was owed was dramatically reduced from 10% - 25% to 5% - 10%. In April, 2003, I submitted my idea again, showing 12 months of profit. On June 11, 2003, Respondent Employee Idea Coordinator Jennifer Fell (American) informed me that the idea that submitted "was coincidental" that the idea that I submitted "mirrored an SPR submitted by the Customer Service Department." Respondent also stated that other business units had this type of system in place "in the 90's," and that therefore, my idea was not an original idea since it was out in the business units prior, and that no award would be warranted.

I believe that, in violation of Title VII of the Civil Rights Act of 1964, as Amended, and Title 19 of the Delaware Code, Chapter 7, as Amended, I was discriminated against based on my national origin when Respondent did not award me any type of financial consideration for an idea that I suggested and was in fact implemented in March of 2002. However, other employees not of my national origin, received payment for the ideas that they submitted which were implemented by Respondent. I was informed by Wilson that Respondent would compensate me on a "small scale" that I would be paid for my idea, and Respondent had been using my submission since March of 2002.

| | |
|---|---|
| ☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | **SIGNATURE OF COMPLAINANT**  I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct.  9-8-03   S. M. CHerkaoui  Date    Charging Party (Signature) | **NOTARY** - (When necessary to meet State and Local Requirements)  Subscribed and sworn to before me this date   (Day, month, and year) |

EEOC FORM 5
REV 6/92    PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED

# EXHIBIT B

isted below is Household International's WIN Ideas Agreement. With the actual
ubmission of your idea, you are agreeing to the following guidelines:

    /e read the rules of this program as stated in the WIN PROGRAM OVERVIEW
n  agree to be bound by the program guidelines. I hereby assign all my
ights to my idea to Household International in accordance with the rules of
he employee suggestion system. I understand Household International has
ole, exclusive right to determine the amount of the award. I acknowledge
hat all ideas submitted become the exclusive property of Household
nternational. I also agree that Household International can amend the
ystem at any time and has the right to determine all policies regarding
:ligibility of participants and ideas.

/

WIN -- Winning Ideas Now

PROGRAM OVERVIEW

DESCRIPTION:

WIN is Household's decentralized employee suggestion program that recognizes employees for their valuable ideas.

SUGGESTION CRITERIA:

All suggestions should point out both a problem and a solution.

Suggestions should be well-planned and developed in enough detail to make them easily understood.

Implementation of suggestions must be possible using current technology and business needs.

ELIGIBILITY:

All active Household employees are eligible to participate.

SUGGESTION SUBMISSION:

Use the WIN Suggestion Form which can be found in HouseMail's bulletin board feature (usually F8). Select "COMPlete Reward," scroll down to "WIN/Idea Corps." When the menu appears, type "/" in front of "Suggestion Form."

After completing the form, forward it to your supervisor. It is recommended that a copy be sent to the supervisor's manager.

SUGGESTION EVALUATION PROCEDURE:

Suggestions will be acknowledged, and if possible evaluated by supervisor or manager within 72 hours of when they were received.

If the idea has merit but needs more development, the supervisor or manager will return it to the suggester and advise what additional information is needed and how that information may be obtained.

If the idea has merit but is beyond the scope of the supervisor's or manager's authority, the supervisor immediately forwards the idea to the head of the impacted department or business unit, and requests that the evalator review/respond within 14 days. The manager should follow-up with the evaluator to secure a response for the employee. Ideas should not be sent to the WINIDEAS lbox.

The evaluator should reply to the employee and his/her manager using FORM WINEVAL within 14 days of receipt of idea.

2

The idea will be implemented by the evaluator or the person responsible for the process.

If an idea can be shared with or would primarily benefit other business units, the evaluator will send it directly to other areas of the company, or to the WIN Administrator who can assist in forwarding the idea.

If adopted, the suggester will be recognized as described in the "Recognition" section below.

RECOGNITION:

As a decentralized program, managers have the discretion to determine how best to recommend and award ideas keeping the WIN guidelines in mind. Ideas that are directly connected or associated with the employee's job responsibility will be awarded on a case by case basis. The evaluating manager has the authority to award outside the suggested program guidelines. The WIN program administrator may suggest an alternative award percentage, but ultimately the manager has the overriding approval.

1) Does the idea fall under an employee's daily job responsibility? (If yes - level 1 or 2 apply)
2) Is the idea above/beyond an employee's daily job function? (if yes - level 2 or 3 apply based on the idea's value/impact)
3) Ideas with a significant impact generally merit the recognition of 10%-25% of validated savings or revenue.

Level 1 - Minor impact. (Minor is defined as an idea valued at or under $500)
Award: Merchandise from WIN's Merchandise Award program.

Level 2 - Broader impact or ideas used throughout a business unit. (Broader is defined as an idea valued at or over $500)
Award: Either cash or merchandise.

Level 3 - Large impact or corporate-wide use.
Award: Determined on a case by case basis according to value of the idea to the corporation. (WIN guidelines suggest 10%-25% of ideas savings/revenue)

Keeping in line with Household's overall compensation philosophy, cash awards exceeding $100 will have all applicable taxes and contributions (e.g. United Way, TRIP, Medical, Life Insurance, Child Care, and Social Security) withheld from the award amount. Household will gross up all taxes for cash awards $100 and under. All awards will be taxed at a Federal Tax Rate of 28% plus applicable State and Local Taxes.

On a quarterly basis, the corporate WIN Administrator will ask managers to nominate employees deserving special recognition. Nominations will be forwarded to Household's Chairman for additional recognition in the form of merchandise or Household International stock. Note: for stock awards, nominations can only be considered if the initial award was 10-25% of idea's first-year value. This is especially true for level-3 ideas.

GENERAL INFORMATION

Employees may submit as many suggestions as they wish. There is no limit to the number of awards that can be received.

3

Any ideas submitted through the WIN program become the absolute and exclusive property of Household International.

sehold International reserves the right to withdraw or change the system and to vary the procedure for handling suggestions at any time.

<u>The fact that a suggestion shows a savings or profit does not obligate the company in any way to</u> adopt the suggestion.

All decisions made by the company under the system including those regarding eligibility, adoption, rejection or award are final and binding upon the suggester.

Program Administrator: Jennifer Fell - 847/559-2591


Revision date 06/12/02

4

EMPLOYEE QUESTIONS AND ANSWERS:

WIN stands for Winning Ideas Now. It's Household's decentralized employee suggestion program to recognize employees for their valuable ideas and ownership attitudes. It's also the channel for putting those ideas into practice. Here's some information to help you in submitting ideas.

Q. Who can participate in WIN?
A. All Household employees are invited to submit ideas.

Q. What kind of ideas are right for WIN?
A. When you're tempted to say "Why don't we," or "This doesn't make sense," chances are, you have the right kind of idea. Your idea should meet a current business need and use existing technology to cut costs, save time, eliminate unnecessary steps or improve workflow, etc. In the past, ideas relating to systems, processes, new products, new markets, underwriting and customer service have been implemented through WIN.

Q. How do I submit an idea?
A. Use the suggestion form found in the HouseMail bulletin board feature. From the main HouseMail menu, type "Board COMPlete" at the command prompt. Select "WIN--Winning Ideas Now Program/PRESIDEA" by typing a "/" in front of it and hitting ENTER. At the next menu, select "WIN (Winning Ideas Now Program)." Select the suggestion form. Read the agreement then press "F4" to move to the suggestion form. After you've completed the form, forward it to your supervisor. Copy your supervisor's manager too. In many cases, your supervisor will be able to implement your idea immediately. If your idea needs additional research, your supervisor will advise you on where to look for more information.

Q. What constitutes a well-developed idea?
A. A well-developed idea is:
* non frivolous
* well thought out
* research, research, research
* documented (problem & solution)
* and linked to business strategies (i.e. growth, customer centered, efficiency, people, credit quality and ownership).

Q. How will I know if my idea is accepted?
A. Your supervisor will notify you either in person or through a HouseMail reply message attached to your idea. If your manager sends your idea to someone else for review, that person will keep you posted on the status of your suggestion. Response times vary depending on a variety of factors. However, developing your idea thoroughly may make it easier for your manager to get back to you quickly.

Q. What reward will I get if my idea is used?
A. Each business unit or major location will determine the awards. There are three basic categories. 1) Suggestions that have local or minor impact, or that are part of your job responsibilities will be recognized with merchandise from WIN's Merchandise Award program. 2) Ideas with a broader impact or those that can be used throughout a business unit will receive cash or merchandise valued from $50 to $500. 3) Large impact or corporate-wide ideas will receive awards that are determined on a case-by-case basis. Business units will determine appropriate recognition based on the value of the idea to the corporation.

5

Q. Do I have to pay taxes on my cash awards?
A. Yes, in some cases.-HR Data Management will gross up awards $100 and under and the business unit will be responsible for the gross up. Awards exceeding $100 will be subject to all taxes and contributions (e.g. Social Security, T__P, Medical, Life Insurance, Child Care, and United Way) normally a__ributed to the individual employee, and these will not be grossed up.

Q. How many ideas have actually been put into practice through WIN?
A. Over 2,600 ideas were submitted in 2000 and 235 were implemented. These ideas saved the company a combined total of close to $1.5 million. To increase the chance of getting your idea put into practice, think it through completely and express the details clearly. Describe how the solution will work and explain what you think its impact will be.

Q. Who can I contact if I have an issue regarding my idea, or if I need additional help?
A. Talk to your manager if you need help developing your idea. If your idea involves another department, your manager will find the right person to contact.

revision date 04/05/02

Great Ideas Agreement

I have read the rules of this program as stated in the Great Ideas PROGRAM OVERVIEW and agree to be bound by the program guidelines. I hereby assign all my rights to my idea to Household in accordance with the rules of the employee suggestion program. I acknowledge that all ideas submitted become the exclusive property of Household. I understand Household has the sole, exclusive right to determine the amount of the award and all decisions are final. I also agree that Household can amend the program at any time and has the right to determine all policies regarding eligibility of participants and ideas

✓

7

Great Ideas Program Overview

Program Effective Date: June 21, 2002 (12:01am)

Description
Great Ideas is Household's new centralized employee suggestion program that recognizes employees for their valuable ideas. It replaces the former WINning Ideas Now and Presidea programs, that were discontinued as of midnight on June 20, 2002.

Suggestion Criteria
All suggestions should point out both a problem and a solution.

Suggestions should be well formulated and developed in enough detail to make them easily understood. Suggestions should also point out the savings or revenues generated by the implementation of the idea.

Implementation of suggestions must be possible using current technology and consistent with Household's business strategy (i.e., profitable growth, customer-centered, efficiency, people, credit quality and ownership).

Eligibility
All regular (full-time and part-time working 20 hours or more) Household employees in good standing can participate in Great Ideas. Employees on leave of absence or on corrective action are not eligible to submit ideas. Employees must be active and in good standing at the time their ideas are adopted to be eligible for awards.

Submitting a Suggestion
Use the Great Ideas Suggestion Form. After all required fields are completed, the form will automatically be sent to the employee idea coordinator in Household's employee communications department.

A copy of the idea should also be forwarded to your manager as an FYI.

Evaluation Procedure
The employee idea coordinator will acknowledge receipt of the idea and forward it to the proper key manager/subject matter expert (SME) for review

If the idea has merit but needs more development, the employee idea coordinator will return it to the employee and advise what additional information is needed and how that information may be obtained

The SME will have two weeks to evaluate the idea and provide a response (accept, decline, pend) to the employee idea coordinator. The employee idea coordinator will then advise the employee of the decision.

If an idea seems promising but cannot be immediately adopted (e.g., must be validated through testing or prioritized among several systems projects), the SME should notify the employee idea coordinator that the idea is pending and when a determination is expected. The employee idea coordinator will relay that status report to the employee. The SME is responsible for keeping the employee idea coordinator updated on the status of pending ideas. Ideas that cannot be adopted within a year of submission using existing technology will be declined.

If the idea is adopted, in consultation with the employee idea coordinator, the SME/impacted manager will determine the amount of the award and the cost center to be charged based on the guidelines listed in the "Recognition" section below. The employee idea coordinator will then advise the employee. Awards will be processed upon implementation.

Adopted ideas will be implemented by the manager responsible for the process

Recognition

8

The impacted manager/business unit will fund the award for adopted ideas, based on estimated first-year savings, and determine the amount of the award in consultation with the employee idea coordinator. Such consultation is required to ensure that ideas of equal value and merit are rewarded in a similar fashion across business units and departments. When determining awards, due consideration should be given to Household's pay-for-performance philosophy and internal equity.

Ideas that are directly connected or associated with the employee's job responsibility will be reviewed and awarded on a case-by-case basis, with the adopting manager and employee idea coordinator taking into consideration such things as:

- the band, job title, scope and authority of the employee who submitted the idea;
- whether the idea speaks to a job-function explicitly mentioned in the employee's job description, PMW or MBO form;
- the degree to which a bonus-eligible employee would receive an equivalent reward through that incentive program;
- the amount of independent work and research the employee undertook to develop and validate the idea ahead of submission; and
- whether cost-savings/revenues generated can be quantified in hard or soft dollars/pounds.

The program's intent is for Great Ideas to be rewarded appropriately, recognizing that some of the best and biggest ideas historically have come from employees who see opportunities to improve the productivity and effectiveness of their own departments. Managers are urged to keep Household's pay-for-performance philosophy in mind, so as to encourage all employees to go above and beyond, think outside of the box and continue to look for ways to improve our collective performance.

How Adopted Ideas Get Classified
Adopted ideas will be classified as tangible or intangible. A tangible idea may have an impact that can be easily quantified (e.g., money saved or revenue generated). Intangible ideas will tend to deliver an impact that is relatively more difficult to quantify (i.e., relating to compliance, regulations, employee morale, etc.).

Tangible Ideas

- When the first-year cost savings or revenues generated are valued at less than one thousand (1,000) dollars/pounds, the employee is eligible to be awarded with a fifty (50) dollar/pound American Express gift cheque.
- When the cost savings or revenues generated are valued at one thousand (1,000) dollars/pounds or more, the employee is eligible to be awarded 5 percent to 10 percent of the projected impact in the first year of implementation.
- When an idea is valued at more than fifty thousand (50,000) dollars/pounds, it must be validated and approved by the impacted business unit's chief financial officer (CFO).

Intangible Ideas
Employees who submit an adopted intangible idea are eligible to be awarded a fifty (50) dollar/pound American Express gift cheque or cash up to five thousand dollars/pounds. In consultation with the employee idea coordinator, the adopting manager determines the appropriate award amount, keeping Household's pay-for-performance philosophy and internal equity in mind.

Keeping in line with Household's overall compensation procedures, cash awards exceeding one hundred (100) dollars/pounds will have all applicable taxes and contributions (e.g. TRIP, Match and Save) withheld from the award amount. Household will gross up all taxes for cash awards of one hundred (100) dollars/pounds and under

9

On a quarterly basis, the employee idea coordinator will ask business unit liaisons to nominate employees whose ideas were adopted and deserving special recognition. Nominations will be forwarded to Household's Chairman and CEO for consideration for additional recognition.

Ideas that had an idea value of $25,000 or more are eligible for an additional cash award (calculated at 5% of the total idea value) and a special plaque.

Ideas that had an idea value of $5,000 up to $25,000 are eligible for the special plaque.

General Information
Employees may submit as many suggestions as they wish. There is no limit to the number of awards that can be received.

Any ideas submitted through the Great Ideas suggestion program become the absolute and exclusive property of Household International.

Household International reserves the right to withdraw or change the program and to vary the procedure for handling suggestions at any time.

The fact that a suggestion shows a savings or generates revenues does not obligate the company in any way to adopt the suggestion.

All decisions made by the company under the program, including those regarding eligibility, adoption, rejection or award, are final and binding upon the employee.

This program and awards thereunder shall not give any employee any right to continued employment and does not constitute a contract of employment. Management reserves the right to amend, suspend or terminate this program at any time.

For more information please contact Angela Miller, Employee Idea Coordinator at 847-559-2591 or email at axmiller1@household.com

Revision date: 01/16/04

**Great Ideas Program Frequently Asked Questions**

Q. What is "Great Ideas?"
A. Great Ideas is a new employee suggestion program that replaces WIN and Presidea effective June 21, 2002.

Q. Why are we creating a new employee suggestion program?
A. The numbers and quality of ideas submitted through WIN and Presidea have been declining. Feedback from employees and managers indicated that having two programs was confusing, and that decentralized administration had its drawbacks. One, centralized program should add clarity. A dedicated employee idea coordinator (EIC) will help coach employees to submit complete and well-researched ideas; track and follow up on ideas submitted; and work to ensure that award guidelines are applied correctly and consistently throughout Household

Q. Who is the employee idea coordinator (EIC)?
A. The EIC is a part-time Household employee dedicated to the administration of "Great Ideas." The EIC is part of the HI employee communications department at home office

Q. Is "Great Ideas" a company-wide program?
A. Yes. "Great Ideas" is open to all regular employees in good standing. Employees on leave of absence or corrective action are not eligible to submit ideas. Employees must be active and in good standing at the time their ideas are adopted to be eligible for awards.

Q. How do employees submit an idea or find more information about the program?
A. Use the Great Ideas suggestion form. After all required fields are completed, the form will automatically be sent to the employee idea coordinator in Household's employee communications department.

A copy of the idea should also be forwarded to your manager as an FYI. More information about the program can be found in the program overview document located on Connect.

Q. What happens to WIN ideas and Presideas submitted prior to the Great Ideas launch?
A. Ideas submitted at or prior to midnight (central time) on June 21, 2002, will be processed under WIN or Presidea guidelines, depending on which program the employee used.

Q. How will ideas submitted to "Great Ideas" be evaluated?
A. Ideas will automatically be submitted to the EIC and employees should also send a copy to their manager. The EIC checks the idea for completeness and duplicate ideas. Pre-screened ideas will then be forwarded to the subject matter expert for evaluation, generally the key manager (Band D) who oversees the impacted department or business unit.

The EIC will track all ideas and maintain communication between all involved individuals. If the idea is approved, the EIC will assist the subject matter expert in rewarding the idea submitter according to the program guidelines. The EIC records and tracks all ideas and awards for reporting purposes.

Q. How will the EIC work with the different business units?
A. Each business unit has selected a liaison. These business unit liaisons will:

- Assist in identifying subject matter experts
- Assist with communication of approved ideas and award winners within the business unit
- Coordinate the business unit's quarterly award nominations

Q. What is the role of the subject matter expert?
A. The subject matter expert is a Household key manager who is expected to evaluate the idea to see if it is logical and viable. He or she may also

//

collaborate with other managers within the business unit or elsewhere throughout the company as part of the evaluation process. If the idea is approved, the subject matter expert determines the appropriate award, pursuant to Household's pay-for-performance philosophy and Great Ideas program guidelines. The subject matter expert communicates the award proposal to the EIC and processes the award.

Q. Shouldn't employees come up with great ideas as part of their jobs and not expect additional awards?
A. Household's pay-for-performance philosophy supports tangible award programs for employees who develop and fully research ideas that further our strategy and improve our processes. Just as we encourage employees to maximize their performance through our various bonus and incentive programs, we believe in rewarding employees according to their contribution when they submit a viable, adoptable "Great Idea."

Q. How will "Great Ideas" be rewarded?
A. Awards are based on the projected savings or revenue generation for the first year the idea is implemented. Ideas valued at up to 1,000 dollars/pounds are awarded a 50 dollar/pound American Express gift cheque. Ideas valued above 1,000 dollars/pounds are awarded 5 to 10 percent of the impact during the first year.

Intangible ideas are awarded either a 50 dollar/pound gift cheque or cash up to 5,000 dollars/pounds. Intangible ideas are those ideas with merit for which a valuation is difficult or impossible, such as those related to legal/compliance issues, customer/employee satisfaction, customer/employee retention, credit quality, quality assurance or branding.

Each quarter, business units liaisons will be asked to nominate employees whose ideas were adopted for consideration for additional recognition by Household's Chairman and CEO.

Q. What is the role of the business unit chief financial officers (CFOs)?
A. Business unit CFOs are required to validate the value of any ideas valued at or above 50,000 dollars/pounds.

Q. Are award winners still eligible for CEO recognition?
A. Yes. Each quarter, the business unit liaisons will coordinate quarterly award nominations. The EIC will recommend winners to Household's chairman and CEO

Q. What is the typical timeframe from idea submission to award notification?
A. In most cases, the idea process should take just a few weeks. Part of the EIC's responsibilities are to track and follow up on the progress of the idea and maintain communication with all parties. In some cases where an idea involves significant testing or must be prioritized, the process may take longer. In these instances, the employee will be kept informed as evaluation progresses.

Q. Will deductions be taken from my cash awards?
A. Yes, in some cases. Employees with ideas valued at less than 1,000 dollars/pounds will receive a 50 dollar/pound American Express gift cheque. The awarding department or business unit will be responsible for grossing up the award so that the employee will have no deductions. Cash awards exceeding 100 dollars/pounds will have applicable taxes and benefit deductions normally made, and these will not be grossed up.

12