# EXHIBIT D

**Westlaw.**

Not Reported in F.Supp.  Page 1
1997 WL 325846 (E.D.Pa.)

(Cite as: 1997 WL 325846 (E.D.Pa.))

C

**Motions, Pleadings and Filings**

Only the Westlaw citation is currently available.

United States District Court, E.D. Pennsylvania.
Ronald COOLEY, Plaintiff,
v.
UNITED STATES of AMERICA, Defendant.
**No. Civ.A. 96-4310.**

June 10, 1997.

Ronald Cooley, Philadelphia, PA, Pro se.

David R. Hoffman, U.S. Attys. Office, Philadelphia, PA, James G. Sheehan, U.S. Attys. Office, Philadelphia, PA, for Defendant.

*MEMORANDUM*

LOWELL A. REED, District Judge.

*1 Plaintiff Ronald Cooley, an employee of the Social Security Administration ("SSA"), acting *pro se,* filed this complaint against the United States of America ("United States" or "defendant") alleging that defendant failed to properly compensate him for the use of his official employee suggestion to improve the administration of employee benefit payments and seeking compensatory damages.

Pending before this Court is the motion of defendant to dismiss the complaint or, in the alternative, for summary judgment (Document No. 7) and the responses and various briefs of the parties thereto. Because both parties submitted matters outside the pleadings, I will consider the instant motion as one for summary judgment. For the reasons that follow, I will deny the motion.

I. *FACTUAL BACKGROUND* [FN1]

FN1. The following facts are based on the evidence of record viewed in the light most favorable to plaintiff, the nonmoving party, as required when considering a motion for summary judgment. *See Carnegie Mellon Univ. v. Schwartz,* 105 F.3d 863, 865 (3d Cir.1997).

SSA has employed Ronald Cooley ("Cooley") continuously since March 1973. Cooley is a member of a bargaining unit represented by the American Federation of Government Employees ("AFGE"). At the time Cooley began his employment, SSA operated as a division of the Department of Heath and Human Services ("HHS"). On April 1, 1995, SSA became an independent agency, but HHS continues to administer the payroll system for SSA.

On October 7, 1992, Cooley submitted an official employee suggestion to SSA. The suggestion described a perceived flaw in the payroll deduction system of HHS regarding the tax withholding from supplemental wage or incentive payments to employees and provided alternative solutions. Cooley claims that his suggestion allowed the government to increase withholding of taxes from its employees, which Cooley estimated to provide a savings of approximately $160,000 in the first year of implementation.

SSA, in turn, referred the suggestion to HHS. Approximately one year later, HHS notified Cooley that it adopted his suggestion and provided Cooley with an award in the amount of $100.00. Cooley contends that the HHS decisionmaker acted arbitrarily and capriciously and that he is entitled to receive a larger monetary award pursuant to the guidelines for the employee suggestion program outlined by HHS in its personnel manual.

II. *LEGAL STANDARD*

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.