## RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ALYSSA M SCHWARTZ

DIRECT DIAL NUMBER
302-651-7756
SCHWARTZ@RLF.COM

June 16, 2005

**VIA ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Kent A Jordan
United States District Court for
 the District of Delaware
844 King Street
Wilmington, Delaware 19801

Re: Sidi Cherkaoui v. HSBC Pay Services, Inc., HSBC Finance Corporation and Household International, Inc.
Civil Action No. 05-184-KAJ

Dear Judge Jordan:

This letter serves to inform the Court that briefing is now completed on defendants HSBC Pay Services, Inc , HSBC Finance Corporation and Household International, Inc 's ("Defendants") motion to dismiss plaintiff Sidi Cherkaoui's complaint in the above-captioned matter  Defendants do not believe oral argument will be necessary  However, if Your Honor believes that it would be helpful to hold oral argument, counsel remains available at the Court's convenience

Respectfully,

Alyssa M Schwartz (#4351)

AMS:lmg

cc: Clerk of the Court (via Electronic Filing and Hand Delivery)
Jeremy W Homer, Esq (via Electronic Filing and Facsimile)
Jennifer C Jauffret, Esq

RLF1-2888768-1