LAW OFFICES

# PARKOWSKI, GUERKE & SWAYZE

PROFESSIONAL ASSOCIATION

116 WEST WATER STREET
P.O. BOX 598
DOVER, DELAWARE 19903
302-678-3262
FAX: 302-678-9415

F. MICHAEL PARKOWSKI
I. BARRY GUERKE
DAVID S. SWAYZE
CLAY T. JESTER
JEREMY W. HOMER
JOHN C. ANDRADE
MARK F. DUNKLE
WILLIAM A. DENMAN
MICHAEL W. ARRINGTON
CHRISTINE P. SCHILTZ
MICHAEL W. TEICHMAN
BASIL C. KOLLIAS
ANNE HARTNETT REIGLE

GEORGE F. GARDNER, III
OF COUNSEL

WILMINGTON OFFICE
800 KING STREET, SUITE 203
WILMINGTON, DE 19801-0369
302-654-3300
FAX: 302-654-3033

June 20, 2005

**VIA ELECTRONIC FILING
AND FIRST CLASS MAIL**

The Honorable Kent A. Jordan
U.S. District Court
844 North King Street, Lock Box 10
Wilmington, DE 19801

**RE:** Sidi M. Cherkaoui v.
HSBC Pay Services, Inc. a Delaware corporation,
HSBC Finance Corporation, a Delaware corporation,
and Household International, Inc., a Delaware corporation.
C.A. No. 05-CV-184-KAJ

Dear Judge Jordan:

      We have received a copy of opposing counsel's June 16, 2005, letter which states defendants do not believe oral argument on their motion to dismiss is necessary. On behalf of the plaintiff, I wish to inform Your Honor that inasmuch as it is clear from the briefing that the motion should be denied, oral argument is unnecessary. However, like the defendants, plaintiff obviously stands ready to engage in oral argument if Your Honor might find it helpful.

                               Yours truly,

                               JEREMY W. HOMER
                               (Delaware Bar ID#0413)

JWHsar
e:mail: JHomer@pgslegal.com
cc:    Dr. Peter T. Delleo, Clerk (Via Electronic Filing and First Class Mail)
       Jennifer C. Jauffret, Esquire (Via Electronic Filing and First Class Mail)
       Alyssa M. Schwartz, Esquire (Via Electronic Filing and First Class Mail)
       Sidi M. Cherkaoui

H\Cherkaoui\Court11