IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SIDI M. CHERKAOUI, | : | |
| Plaintiff, | : | C.A. No.: 05-CV-184-KAJ |
| v. | : | TRIAL BY JURY OF TWELVE DEMANDED |
| HSBC PAY SERVICES, INC. a Delaware corporation, HSBC FINANCE CORPORATION, a Delaware corporation, and HOUSEHOLD INTERNATIONAL, INC., a Delaware corporation, | : | |
| Defendants. | : | |

**CERTIFICATE OF MAILING**

I, JEREMY W. HOMER, ESQUIRE, hereby certify that on the __20th__ day of April, A.D. 2006, a true and correct copy of the Notice of Service was sent via electronic filing and first class mail to the following opposing counsel:

Jennifer C. Jauffret, Esquire
Alyssa M. Schwartz, Esquire
Richard, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _/s/ Jeremy W. Homer_
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.: 413
116 W. Water Street
P.O. Box 598
Dover, DE  19903
(302) 678-3262
Attorneys for Plaintiff

H:\Cherkaoui\Initial Disclosures