**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SIDI CHERKAOUI,<br><br>Plaintiff,<br><br>v.<br><br>HSBC PAY SERVICES, INC., a Delaware corporation, HSBC FINANCE CORPORATION, a Delaware corporation, and HOUSEHOLD INTERNATIONAL, INC, a Delaware corporation,<br><br>Defendants. | ) | C.A. No.: 05-184-KAJ<br><br>JURY TRIAL DEMANDED |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on April 24, 2006, true and correct copies of Defendants' Initial Disclosures were served by facsimile and U.S. Mail on the following counsel of record for Plaintiff:

Jeremy W. Homer, Esq.
Parkowski, Guerke & Swayze, P.A.
116 W. Water Street
P.O. Box 598
Dover, DE 19903

Jennifer C. Jauffret (#3689)
jauffret@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendants

Dated: April 24, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY FACSIMILE AND U.S. MAIL**

Jeremy W. Homer, Esq.
Parkowski & Guerke, P.A.
116 West Water Street
P. O. Box 598
Dover, DE 19903

Alyssa M. Schwartz (#4351)
schwartz@rlf.com