IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIDI M. CHERKAOUI, | : |
| | : |
| Plaintiff, | : C.A. No.: 05-184-KAJ |
| | : |
| v. | : TRIAL BY JURY OF |
| | : TWELVE DEMANDED |
| HSBC PAY SERVICES, INC. a Delaware corporation, | : |
| HSBC FINANCE CORPORATION, a Delaware | : |
| corporation, and HOUSEHOLD INTERNATIONAL, | : |
| INC., a Delaware corporation, | : |
| | : |
| Defendants. | : |

## NOTICE OF SERVICE

I, JEREMY W. HOMER, ESQUIRE, hereby certify that on the ___17th___ day of May, A.D. 2006, a true and correct copy of the Response to First Requests for Production of Documents to Plaintiff was sent via first class mail to the following opposing counsel:

Jennifer C. Jauffret, Esquire
Alyssa M. Schwartz, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.: 413
116 W. Water Street
P.O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Plaintiff