RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
ALYSSA M SCHWARTZ          WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

DIRECT DIAL NUMBER
302-651-7756
SCHWARTZ@RLF.COM

May 30, 2006

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court for
  the District of Delaware
844 King Street
Wilmington, Delaware  19801

          Re:     **Sidi Cherkaoui v. HSBC Pay Services, Inc., HSBC Finance**
                  **Corporation and Household International, Inc.**
                  **Civil Action No. 05-184-KAJ**

Dear Judge Jordan:

          Enclosed for the Court's consideration is a stipulated protective order for the
above-captioned matter.  Counsel remains available should Your Honor have any questions.

                              Respectfully,

                              Alyssa M. Schwartz (#4351)

AMS:lmg

cc:    Clerk of the Court (via Electronic Filing and Hand Delivery)
       Jeremy W. Homer, Esq. (via Electronic Filing and Federal Express)