# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ALYSSA M. SCHWARTZ

DIRECT DIAL NUMBER
302-651-7756
SCHWARTZ@RLF.COM

June 1, 2006

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court for
 the District of Delaware
844 King Street
Wilmington, Delaware 19801

> Re:   **Sidi Cherkaoui v. HSBC Pay Services, Inc., HSBC Finance Corporation and Household International, Inc.**
> **Civil Action No. 05-184-KAJ**

Dear Judge Jordan:

Enclosed is the stipulated protective order for the above-captioned matter, incorporating Your Honor's requested change to paragraph 6. Counsel remains available should Your Honor have any questions.

Respectfully,

Alyssa M. Schwartz (#4351)

AMS:lmg

cc: Clerk of the Court (via Electronic Filing and Hand Delivery)
    Jeremy W. Homer, Esq. (via Electronic Filing and Federal Express)

RLF1-3020239-1