IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIDI CHERKAOUI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 05-184-KAJ |
| | ) |
| HSBC PAY SERVICES INC., a | ) JURY TRIAL DEMANDED |
| Delaware corporation, HSBC FINANCE | ) |
| CORPORATION, a Delaware | ) |
| corporation, and HOUSEHOLD | ) |
| INTERNATIONAL, INC., a Delaware | ) |
| corporation, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION OF SIDI CHERKAOUI

**TO:**  Jeremy W. Homer, Esq.
Parkowski & Guerke, P.A.
116 West Water Street
P. O. Box 598
Dover, DE 19903

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, defendants HSBC Pay Services Inc., HSBC Finance Corporation and Household International, Inc. will take the oral deposition of plaintiff Sidi Cherkaoui on June 28, 2006, commencing at 10:00 a.m., to be held at the law at the offices of Richards, Layton & Finger, One Rodney Square, 920 North King Street, Wilmington, Delaware 19899.

Such deposition will continue from day to day until complete. The deposition shall be conducted before a notary public or other officer authorized to administer oaths and will be stenographically recorded.

You are invited to attend and cross-examine.

RLF1-3028061-1

/s/ *signature*
Jennifer C. Jauffret (#3689)
jauffret@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, Delaware 19899
Telephone No.: (302) 651-7700
Attorneys for Defendants

Dated: June 19, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY FACSIMILE

Jeremy W. Homer, Esq.
Parkowski & Guerke, P.A.
116 West Water Street
P. O. Box 598
Dover, DE 19903

*/s/ Alyssa M. Schwartz*
Alyssa M. Schwartz (#4351)
schwartz@rlf.com

RLF1-2874570-1