IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIDI M. CHERKAOUI, | : |
| | : |
| Plaintiff, | : C.A. No.: 05-184-KAJ |
| | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| HSBC PAY SERVICES, INC. a Delaware corporation, | : |
| HSBC FINANCE CORPORATION, a Delaware | |
| corporation, and HOUSEHOLD INTERNATIONAL, | : |
| INC., a Delaware corporation, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF MAILING

I, JEREMY W. HOMER, ESQUIRE, hereby certify that on the  6th  day of July, A.D. 2006, a true and correct copy of the Notice of Service was sent via electronic filing and first class mail to the following opposing counsel:

Jennifer C. Jauffret, Esquire
Alyssa M. Schwartz, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

                                                PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.:  413
116 W. Water Street
P.O. Box 598
Dover, DE  19903
(302) 678-3262
Attorneys for Plaintiff

H\Cherkaoui\request for/ production.doc