## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SIDI M. CHERKAOUI, | : | |
| | : | |
| Plaintiff, | : | C.A. No.: 05-184-KAJ |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| HSBC PAY SERVICES, INC. a Delaware corporation, | : | |
| HSBC FINANCE CORPORATION, a Delaware | : | |
| corporation, and HOUSEHOLD INTERNATIONAL, | : | |
| INC., a Delaware corporation, | : | |
| | : | **NOTICE OF DEPOSITION** |
| Defendants. | : | |
| | : | |

TO:    Jennifer C. Jauffret, Esquire
       Alyssa M. Schwartz, Esquire
       Richard, Layton & Finger, P.A.
       One Rodney Square
       P.O. Box 551
       Wilmington, DE  19899

**PLEASE TAKE NOTICE** that Plaintiff will take the depositions upon oral examination of the parties listed below, at the dates and times listed below at the offices of Jeremy W. Homer, Esquire, Parkowski, Guerke & Swayze, P.A., 800 King Street, Suite 203, Wilmington, Delaware 19801.  The depositions will be recorded by sound and stenographic means.

August 18, 2006
    Tom Harmon at 9:30 A.M.
    Peter Wilson at 1:30 P.M.

August 29, 2006
    Mike Coates at 10:00 A.M.
    Travita Ventress at 1:30 P.M.

August 22, 2006
    Larry Hinson at 10:00 A.M.

August 30, 2006
    John Noel at 10:00 A.M.

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.:  413
116 W. Water Street
P.O. Box 598
Dover, DE  19903
(302) 678-3262
Attorneys for Plaintiff

DATED: August 2, 2006