IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SIDI M. CHERKAOUI, | : | |
| | : | |
| Plaintiff, | : | C.A. No.: 05-184-KAJ |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| HSBC PAY SERVICES, INC. a Delaware corporation, | : | |
| HSBC FINANCE CORPORATION, a Delaware | : | |
| corporation, and HOUSEHOLD INTERNATIONAL, | : | |
| INC., a Delaware corporation, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

I, JEREMY W. HOMER, ESQUIRE, hereby certify that on the 2nd day of August, A.D. 2006, I electronically filed Plaintiff's Notice of Deposition with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Jennifer C. Jauffret, Esquire
Alyssa M. Schwartz, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

                                              PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.: 413
116 W. Water Street
P.O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Plaintiff

h\cherkaoui\notice of deposition1