IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIDI M. CHERKAOUI,<br><br>      Plaintiff,<br><br>v.<br><br>HSBC PAY SERVICES, INC. a Delaware corporation, HSBC FINANCE CORPORATION, a Delaware corporation, and HOUSEHOLD INTERNATIONAL, INC., a Delaware corporation,<br><br>      Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No.: 05-184-KAJ<br><br>JURY TRIAL DEMANDED<br><br><br><br><br>**NOTICE OF DEPOSITION** |

TO:   Jeff D. Kurcharski            Jennifer C. Jauffret, Esquire
        416 Cypress Way                Alyssa M. Schwartz, Esquire
        Bear, DE 19701                  Richard, Layton & Finger, P.A.
                                                   One Rodney Square
                                                     P.O. Box 551
                                                     Wilmington, DE 19899

**PLEASE TAKE NOTICE** that Plaintiff will take the deposition upon oral examination of Jeff Kucharski on August 22, 2006 at 1:30 P.M. at the offices of Jeremy W. Homer, Esquire, Parkowski, Guerke & Swayze, P.A., 800 King Street, Suite 203, Wilmington, Delaware 19801. The deposition will be recorded by sound and stenographic means.

                                         PARKOWSKI, GUERKE & SWAYZE, P.A.

                          By: _____
                                         JEREMY W. HOMER, ESQUIRE
                                         Delaware State Bar I.D. No.: 413
                                         116 W. Water Street
                                         P.O. Box 598
                                         Dover, DE 19903
                                         (302) 678-3262
DATED: 8-2-06                      Attorneys for Plaintiff