IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIDI M. CHERKAOUI, | : |
| | : |
| Plaintiff, | : C.A. No.: 05-184-KAJ |
| | : |
| v. | : JURY TRIAL DEMANDED |
| | : |
| HSBC PAY SERVICES, INC. a Delaware corporation, | : |
| HSBC FINANCE CORPORATION, a Delaware corporation, and HOUSEHOLD INTERNATIONAL, INC., a Delaware corporation, | : |
| | : **NOTICE OF DEPOSITION** |
| Defendants. | : |

TO: Jennifer Fell           Jennifer C. Jauffret, Esquire
70 South 2nd Avenue         Alyssa M. Schwartz, Esquire
Lombard, IL 60148           Richard, Layton & Finger, P.A.
                            One Rodney Square
                            P.O. Box 551
                            Wilmington, DE 19899

**PLEASE TAKE NOTICE** that Plaintiff will take the deposition upon oral examination of Jennifer Fell on August 24, 2006 at 10:00 A.M., Eastern Standard Time at the location of HSBC Corporate Headquarters, 2700 Sanders Road, Prospect Heights, Illinois 60070. The deposition will be taken by telephone and shall be recorded by sound and stenographic means.

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.: 413
116 W. Water Street
P.O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Plaintiff

DATED: August 2, 2006