IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIDI M. CHERKAOUI, | : |
| Plaintiff, | : C.A. No.: 05-184-KAJ |
| v. | : |
| | : JURY TRIAL DEMANDED |
| HSBC PAY SERVICES, INC. a Delaware corporation, HSBC FINANCE CORPORATION, a Delaware corporation, and HOUSEHOLD INTERNATIONAL, INC., a Delaware corporation, | : |
| Defendants. | : |

**NOTICE OF SERVICE**

I, JEREMY W. HOMER, ESQUIRE, hereby certify that on the ___ day of August, A.D. 2006, I electronically filed Plaintiff's Notice of Deposition of Jennifer Fell with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Jennifer C. Jauffret, Esquire
Alyssa M. Schwartz, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

I hereby certify that on the ___ day of August, A.D. 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants

Jennifer Fell
70 South 2nd Avenue
Lombard, IL 60148

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.: 413
116 W. Water Street
P.O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Plaintiff

h\cherkaoui\notice of deposition-Fell