## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIDI CHERKAOUI, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-184-KAJ |
| HSBC PAY SERVICES, INC., a Delaware corporation, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington this **4th** day of **August, 2006**,

IT IS ORDERED that the mediation conference scheduled for Monday, November 27, 2006 at 10:00 a.m. has been rescheduled to **Wednesday, September 13, 2006 beginning at 1:00 p.m.** Submissions of the parties shall now be due on or before **Thursday, August 31, 2006.** All other provisions of the Court's May 5, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE