IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIDI CHERKAOUI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 05-184-KAJ |
| ) | |
| HSBC PAY SERVICES, INC., a ) | JURY TRIAL DEMANDED |
| Delaware corporation, HSBC FINANCE ) | |
| CORPORATION, a Delaware ) | |
| corporation, and HOUSEHOLD ) | |
| INTERNATIONAL, INC, a Delaware ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

It is hereby certified that on the 7th day of August, 2006, true and correct copies of Defendants' Objections and Responses to Plaintiff's First Set of Interrogatories and this Notice of Service were served, in the manner indicated, on the following counsel of record:

**VIA E-FILING AND FACSIMILE**

Jeremy W. Homer, Esquire
Parkowski, Guerke & Swayze, P.A.
116 W. Water Street
P. O. Box 598
Dover, Delaware  19903

_____
Jennifer C. Jauffret (#3689)
jauffret@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware  19899
(302) 651-7700
Attorneys for Defendants

Dated: August 7, 2006

RLF1-3045493-1