IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIDI CHERKAOUI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 05-184-KAJ |
| | ) |
| HSBC PAY SERVICES, INC., a Delaware corporation, HSBC FINANCE CORPORATION, a Delaware corporation, and HOUSEHOLD INTERNATIONAL, INC, a Delaware corporation, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

It is hereby certified that on the 7th day of August, 2006, true and correct copies of Defendants' Objections and Responses to Plaintiff's First Request for Production of Documents and this Notice of Service were served, in the manner indicated, on the following counsel of record:

**VIA E-FILING AND FACSIMILE**

Jeremy W. Homer, Esquire
Parkowski, Guerke & Swayze, P.A.
116 W. Water Street
P. O. Box 598
Dover, Delaware 19903

/s/ Jennifer C. Jauffret
Jennifer C. Jauffret (#3689)
jauffret@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendants

Dated: August 7, 2006

RLF1-3045493-1