LAW OFFICES

# Parkowski, Guerke & Swayze

PROFESSIONAL ASSOCIATION

116 WEST WATER STREET
P.O. BOX 598
DOVER, DELAWARE 19903
302-678-3262
FAX: 302-678-9415

F. MICHAEL PARKOWSKI
I. BARRY GUERKE
DAVID S. SWAYZE
CLAY T. JESTER
JEREMY W. HOMER
JOHN C. ANDRADE
MARK F. DUNKLE
WILLIAM A. DENMAN
MICHAEL W. ARRINGTON
CHRISTINE P. SCHILTZ
MICHAEL W. TEICHMAN
BASIL C. KOLLIAS
ANNE HARTNETT REIGLE

GEORGE F. GARDNER, III
OF COUNSEL

WILMINGTON OFFICE
800 KING STREET, SUITE 203
WILMINGTON, DE 19801-0369
302-654-3300
FAX: 302-654-3033

August 10, 2006

**VIA ELECTRONIC FILING
AND FIRST CLASS MAIL**

The Honorable Kent A. Jordan
U.S. District Court
844 North King Street, Lock Box 10
Wilmington, DE 19801

RE:   Sidi M. Cherkaoui v.
      HSBC Pay Services, Inc. a Delaware corporation,
      HSBC Finance Corporation, a Delaware corporation,
      and Household International, Inc., a Delaware corporation.
      C.A. No. 05-CV-184-KAJ
      Interim Status Report

Dear Judge Jordan:

Our firm represents the plaintiff, the defendant is represented by Jennifer C. Jauffret and Alyssa M. Schwartz, of Richards, Layton & Finger. As required by the scheduling order, this letter serves as the joint interim states report by the parties.

With respect to discovery, defendant has taken plaintiff's deposition. Plaintiff has scheduled a number of depositions for the latter part of August and early September. Written discovery has been taken. To date, there are no discovery disputes.

With respect to the issues in the case, major issues include: (1) whether plaintiff is entitled to compensation pursuant to the defendant's programs for rewarding employees for certain ideas that are implemented; and (2) if so, what is the value of the idea for purposes of fixing any compensation?

The Honorable Kent A. Jordan
Page 2

      Mediation has been scheduled for September 13, 2006.

      Respectfully,

      JEREMY W. HOMER
      (Delaware Bar ID#0413)

JWHsar
e:mail: JHomer@pgslegal.com
cc:    Dr. Peter T. Delleo, Clerk (Via Electronic Filing and First Class Mail)
       Jennifer C. Jauffret, Esquire (Via Electronic Filing and First Class Mail)
       Alyssa M. Schwartz, Esquire (Via Electronic Filing and First Class Mail)
       Sidi M. Cherkaoui