IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SIDI M. CHERKAOUI, | : | |
| | : | |
| Plaintiff, | : | C.A. No.: 05-184-KAJ |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| HSBC PAY SERVICES, INC. a Delaware corporation, HSBC FINANCE CORPORATION, a Delaware corporation, and HOUSEHOLD INTERNATIONAL, INC., a Delaware corporation, | : : : : | |
| Defendants. | : | |

### CERTIFICATE OF MAILING

I, JEREMY W. HOMER, ESQUIRE, hereby certify that on the 10th day of August, A.D. 2006, a true and correct copy of the August 10, 2006 Interim Status Report to The Honorable Kent A. Jordan with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Jennifer C. Jauffret, Esquire
Alyssa M. Schwartz, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

                                            PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.: 413
116 W. Water Street
P.O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Plaintiff

H:\Cherkaoui\Court12