IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIDI M. CHERKAOUI,<br><br>    Plaintiff,<br><br>    v.<br><br>HSBC PAY SERVICES, INC. a Delaware corporation, HSBC FINANCE CORPORATION, a Delaware corporation, and HOUSEHOLD INTERNATIONAL, INC., a Delaware corporation,<br><br>    Defendants. | C.A. No.: 05-184-KAJ<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF MAILING

I, JEREMY W. HOMER, ESQUIRE, hereby certify that on the 14th day of August, A.D. 2006, a true and correct copy of the August 14, 2006 letter to The Honorable Kent A. Jordan with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Jennifer C. Jauffret, Esquire
Alyssa M. Schwartz, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

                                            PARKOWSKI, GUERKE & SWAYZE, P.A.

                              By: _____
                                            JEREMY W. HOMER, ESQUIRE
                                            Delaware State Bar I.D. No.: 413
                                            116 W. Water Street
                                            P.O. Box 598
                                            Dover, DE 19903
                                            (302) 678-3262
                                            Attorneys for Plaintiff

H\Cherkaoui\Court13