LAW OFFICES

# PARKOWSKI, GUERKE & SWAYZE
PROFESSIONAL ASSOCIATION

116 WEST WATER STREET
P.O. BOX 598
DOVER, DELAWARE 19903
302-678-3262
FAX: 302-678-9415

F. MICHAEL PARKOWSKI
I. BARRY GUERKE
DAVID S. SWAYZE
CLAY T. JESTER
JEREMY W. HOMER
JOHN C. ANDRADE
MARK F. DUNKLE
WILLIAM A. DENMAN
MICHAEL W. ARRINGTON
CHRISTINE P. SCHILTZ
MICHAEL W. TEICHMAN
BASIL C. KOLLIAS
ANNE HARTNETT REIGLE

GEORGE F. GARDNER, III
OF COUNSEL

WILMINGTON OFFICE
800 KING STREET, SUITE 203
WILMINGTON, DE 19801-0369
302-654-3300
FAX: 302-654-3033

August 14, 2006

**VIA ELECTRONIC FILING
AND FIRST CLASS MAIL**
The Honorable Mary Pat Thynge
U.S. District Court
844 North King Street, Room 4209
Lock Box 8
Wilmington, DE 19801

RE:   Sidi M. Cherkaoui v.
      **HSBC Pay Services, Inc. a Delaware corporation,
      HSBC Finance Corporation, a Delaware corporation,
      and Household International, Inc., a Delaware corporation.**
      C.A. No. 05-CV-184-KAJ
      **Interim Status Report**

Dear Magistrate Thynge:

Our firm represents the plaintiff in the above matter. This is to advise the parties have settled the case. We wanted to let you know at the soonest possible time because a mediation conference is scheduled for September 13, 2006. We will be filing a motion to dismiss.

Respectfully submitted,

JEREMY W. HOMER
Bar ID #413
Attorney for Plaintiff

JWHsar
e:mail: JHomer@pgslegal.com
cc:   Dr. Peter T. Delleo, Clerk        (Via Electronic Filing)
      Sidi Cherkaoui                    (Via First Class Mail)
      Jennifer C. Jauffret, Esquire     (Via Electronic Filing and E-Mail)
      Alyssa M. Schwartz, Esquire       (Via Electronic Filing and E-Mail)