IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIDI M. CHERKAOUI, : | |
| : | |
| Plaintiff, : | C.A. No.: 05-184-KAJ |
| : | |
| v. : | |
| : | JURY TRIAL DEMANDED |
| HSBC PAY SERVICES, INC. a Delaware corporation, : | |
| HSBC FINANCE CORPORATION, a Delaware : | |
| corporation, and HOUSEHOLD INTERNATIONAL, : | |
| INC., a Delaware corporation, : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF MAILING

I, JEREMY W. HOMER, ESQUIRE, hereby certify that on the 14th day of August, A.D. 2006, a true and correct copy of the August 14, 2006 letter to The Honorable Mary Pat Thynge with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Jennifer C. Jauffret, Esquire
Alyssa M. Schwartz, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

                                      PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.:  413
116 W. Water Street
P.O. Box 598
Dover, DE  19903
(302) 678-3262
Attorneys for Plaintiff

H\Cherkaoui\Court14