## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIDI CHERKAOUI, | : |
|               Plaintiff, | : |
| v. | : Civil Action No. 05-184-KAJ |
| HSBC PAY SERVICES, INC., a Delaware corporation, et al., | : |
|               Defendants. | : |

## **ORDER**

At Wilmington this **6th** day of **September, 2006**,

IT IS ORDERED that the mediation conference scheduled for Wednesday, September 13, 2006 beginning at 1:00 p.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE