IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SIDI M. CHERKAOUI,

    Plaintiff,

v.

HSBC PAY SERVICES, INC. a Delaware corporation,
HSBC FINANCE CORPORATION, a Delaware
corporation, and HOUSEHOLD INTERNATIONAL,
INC., a Delaware corporation,

    Defendants.

C.A. No.: 05-184-KAJ

JURY TRIAL DEMANDED

## JOINT STIPULATION OF DISMISSAL

The parties to this action, the Plaintiff, Sidi M. Cherkaoui, and the defendants, HSBC Pay Services, Inc., HSBC Finance Corporation, and Household International, Inc., by and through the undersigned counsel, do hereby stipulate to the dismissal of this action with prejudice.

PARKOWSKI, GUERKE & SWAYZE, P.A.

Date: 9-5-06    By: _____
JEREMY W. HOMER, ESQUIRE (DE Bar ID 413)
116 W. Water Street
P.O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Plaintiff

RICHARDS, LAYTON & FINGER

Date: 9/21/06    By: _____
Jennifer C. Jauffret, Esquire (DE Bar ID #3689)
Alyssa M. Schwartz, Esquire (DE Bar ID#4351)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7568
Attorneys for Defendants

The parties having stipulated to the dismissal of the action,

IT IS HEREBY ORDERED the case is dismissed with prejudice.

Date:_____    _____
                                                        Judge

h\cherkaoui\stipulation of dismissal