IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SIDI M. CHERKAOUI,                                : 
                                                  : 
        Plaintiff,                              :    C.A. No.: 05-184-KAJ
                                                  : 
v.                                                :    JURY TRIAL DEMANDED
                                                  : 
HSBC PAY SERVICES, INC. a Delaware corporation,   : 
HSBC FINANCE CORPORATION, a Delaware              : 
corporation, and HOUSEHOLD INTERNATIONAL,         : 
INC., a Delaware corporation,                     : 
                                                  : 
        Defendants.                             : 

## JOINT STIPULATION OF DISMISSAL

The parties to this action, the Plaintiff, Sidi M. Cherkaoui, and the defendants, HSBC Pay Services, Inc., HSBC Finance Corporation, and Household International, Inc., by and through the undersigned counsel, do hereby stipulate to the dismissal of this action with prejudice.

PARKOWSKI, GUERKE & SWAYZE, P.A.

Date: 9-5-06         By: _____
                         JEREMY W. HOMER, ESQUIRE (DE Bar ID 413)
                         116 W. Water Street
                         P.O. Box 598
                         Dover, DE 19903
                         (302) 678-3262
                         Attorneys for Plaintiff

RICHARDS, LAYTON & FINGER

Date: 9/21/06        By: _____
                         Jennifer C. Jauffret, Esquire (DE Bar ID #3689)
                         Alyssa M. Schwartz, Esquire (DE Bar ID#4351)
                         One Rodney Square
                         920 North King Street
                         Wilmington, DE 19801
                         (302) 651-7568
                         Attorneys for Defendants

The parties having stipulated to the dismissal of the action,

IT IS HEREBY ORDERED the case is dismissed with prejudice.

Date: 9/22/06                             _____
                                                                    Judge

h\cherkaoui\stipulation of dismissal